Attachment A
9-20-2021
1-31-2021

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JOSEPH RANDOLPH MAYS

MAR 0 1 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

*Your full name*

## FEDERAL TORTS CLAIM ACT
## COMPLAINT

v.

5:22-CV-36 (Bailey/Mazzone/Blalock)
Civil Action No.:_____
*(To be assigned by the Clerk of Court)*

UNITED STATES OF AMERICA

## I.   JURISDICTION

The Court has jurisdiction over this action pursuant to: Title 28 U.S.C. Section 2671, et seq. (FTCA) and Title 28 U.S.C. Section 1346(b)(1).

## II.   PLAINTIFF

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.    Your full name: JOSEPH RANDOLPH MAYS    Inmate No.: 43487-007
        Address: UNITED STATES PENITENTIARY Lompoc, Lompoc
        3901 Klein Blvd  Lompoc, CA 93436

## III.   PLACE OF PRESENT CONFINEMENT

Name of
Prison/Institution: United States Penitentiary Lompoc (Lompoc, CA)

    A.    Is this where the events concerning your complaint took place?
        ☑ Yes    ☑ No

---

Attachment A
9-22-2021
1-31-2022

If you answered "NO," where did the events occur?

~~Madison~~ Federal Correctional Institution - Gilmer

## IV.  PREVIOUS LAWSUITS

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?     ☑ Yes     ☐ No

B.  If your answer is "YES", describe each lawsuit in the space below.  If there is more than one lawsuit, describe additional lawsuits using the same format on  a  separate  piece  of  paper  which  you  should  attach  and  label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

Plaintiff(s): _JOSEPH RANDOLPH MAYS_
Defendant(s): _Jennifer Saad, Richard Hudgins, R. Thompson,_
_Mr. McAdams, H. Williams, Angela Dunbar, R. Clem, Officer Tamer,_
_See Page 8A_

2.  Court: _Northern District of West Virginia_
(If federal court, name the district; if state court, name the county)

3.  Case  Number: _3:20-cv-199_

4.  Basic Claim Made/Issues Raised: _Deliberate Indifference to the_
_Plaintiff's Serious Medical Needs - The Defendants were/are_
_deliberately indifferent to the Plaintiff's Serious Medical Needs in_
_violation of the Eighth Amendment to the Constitution_

5.  Name of Judge(s) to whom case was assigned: _The Honorable_
_Judge Groh and the Honorable Judge Trumble_

6.  Disposition: _Pending amendment to include this [FTCA] claim_
(For example, was the case dismissed?  Appealed?  Pending?)

7.  Approximate date of filing lawsuit: _October 13, 2020_

Attachment A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA          2-2-2022

Defendants Name(s)(cont'd from Page 8)

| First Name, Last Name | Title |
|---|---|
| Officer Hudnall | Correctional Officer |
| Ian Connors | ① National Inmate Appeals Administrator |
| John Doe | ② Administrative Remedy Coordinator |
| John/Jane Does | As they become available |
| E. Dodril | Unit Manager (A-Unit), FCI Gilmer, WV |
| Regional Director | ③ Regional Director |
| Eddie Anderson | ④ Clinical Director, FCI Gilmer, WV |
| Ms. Alicia Wilson | ④ Physician's Assistant |
| Jessica Houchin | ④ EMT/Paramedic |
| Jon Bremar | ④ EMT/Paramedic |
| Ricardo Plaud | ④ Mid-Level Practitioner |
| Dr. Kirby | ④ Mid-Level Practitioner |
| Nurse Joshua Hall | ④ Nurse |
| Rebecca Grove | ④ Assistant Health Service Administrator |
| HSA Moore | ④ Health Services Administrator |
| Michael Weaver | ④ Health Services Administrator/Nurse |
| † Jazmine Valdivieso (Lunceford) | ④ Nurse |

① Central Office (FBOP)

② FCI Gilmer, WV - For Administrative Remedy #: 986154 and 992661

③ Mid-Atlantic Regional Office (FBOP)

④ Public Health Service employees - Are being removed as part of the amendment and filed under FTCA

8A

† Married since initial filing

**Attachment A**
*1-31-2022*
*2-10-2022*

8. Approximate date of disposition. Attach copies: <u>N/A (Case pending</u>)

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes  ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought. <u>Through the FBOP's administrative remedy system</u> <u>and then through the filing of an administrative claim (SF-</u> <u>95) on all three grievances</u>

E. Did you exhaust **ALL** available administrative remedies?
☑ Yes  ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted. _____

LEVEL 1 <u>936342-F1, 986154-F1, 992661-F1 NOTE: UNABLE TO COPY UNTIL</u>
LEVEL 2 <u>936342-R1, 986154-R1, 992661-R1 + 2-10-2022 (and 2-9-2022) ¥¶</u>
LEVEL 3 <u>936342-A1, 986154-A1, 992661-A1 + See Exhibits 1A-33B on pgs 9A + 9B</u>
    * 986154-A2 (Central Office failed to respond)
    + Interference with exhaustion by Central and Regional offices

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1. Parties to previous lawsuit:

  Plaintiff(s): <u>Joseph Randolph Mays, pro se</u>

  Defendant(s): <u>Warden Smith, T.B. et. al.</u>

---

FTCA Complaint - Proof of Exhaustion of Administrative Remedies

| Exhibit Number | Document Title | # of Pages |
|---|---|---|
| | ° Remedy ID Number 936342 | |
| 1A | BP-8 (Informal Resolution) dated February 28, 2018 | 1 |
| 2 | BP-8 Response (Undated and Unsigned - AHSA R. Grove) | 1 |
| 3 | BP-9 (Request for Administrative Remedy) dated 3-19-2018 | 1 |
| 4 | BP-9 Continuation Page dated 3-20-2018 | 1 |
| 5 | BP-9 Receipt dated 4-9-2018 | 1 |
| 6 | BP-9 Response dated 4-24-2018 | 1 |
| 7 | BP-10 (Regional Administrative Remedy Appeal) dated 5-2-2018 | 1 |
| 8 | BP-10 Continuation Page dated 5-2-2018 | 1 |
| 9 | BP-10 Receipt dated 6-18-2018 | 1 |
| 10 | BP-10 Response dated 5-25-2018 | 1 |
| 1B | Request for Extension of Time to Respond/File BP-11 (Central office Appeal) dated 6-18-2018 | 1 |
| 11 | BP-11 (Central Office Administrative Remedy Appeal) dated 7-20-2018 | 1 |
| 12 | BP-11 Continuation Page dated 7-20-2018 | 1 |
| 13A/13B | BP-11 Response dated 9-24-2018 | 2 |
| | ° Remedy ID Number 986154 | |
| 14A | BP-8 (Informal Resolution) dated 6-13-2019 | 1 |
| 14B | BP-8 Response dated 6-20-2019 | 1 |
| 15A | BP-9 (Request for Administrative Remedy) dated 6-27-2019 | 1 |
| 15B | BP-9 Response dated 8-13-2019 | 1 |
| 16 | BP-9 Continuation Page dated 6-27-2019 | 1 |
| 17A | BP-10 (Regional Administrative Remedy Appeal) dated 8-28-2019 | 1 |
| 18 | BP-10 Continuation Page dated 8-28-2019 | 1 |
| 17B | BP-10 Response dated 10-2-2019 | 1 |
| 19A | Request for Extension of Time to Respond/File BP-11 (Central Office Appeal) dated 10-27-2019 | 1 |
| 19B | BP-11 (Central Office Administrative Remedy Appeal) dated 11-24-2019 | 1 |
| 21A | BP-11 Continuation Page dated 11-24-2019 | 1 |

Attachment A
2-15-2022

FTCA Complaint - Proof of Exhaustion of Administrative Remedies

| Exhibit Number | Document Title | # of Pages |
|---|---|---|
| | • Remedy ID Number 986154 (cont'd...) | |
| 20 | Rejection Notice (BP-11 - Remedy ID Number 986154-A1) dated 12-13-2019 | 1 |
| 21B | BP-11 (Central Office Administrative Remedy Appeal) Resubmission dated 11-24-2019 | 1 |
| 22 | BP-11 Continuation Page dated 11-24-2019 | 1 |
| 23A | BP-11 Receipt dated 3-5-2020 (Remedy ID Number 986154-A2) | 1 |
| 23B | BP-11 Extension of Time to Respond (FBOP Central Office) dated 3-5-2020 (986154-A2) | 1 |
| | • Remedy ID Number 992661 | |
| 24A | BP-8 (Informal Resolution) dated 8-30-2019 | 1 |
| 24B | BP-8 Response dated 9-5-2019 | 1 |
| 25A | BP-9 (Request for Administrative Remedy) dated 9-11-2019 | 1 |
| 25B | BP-9 Continuation Page dated 9-11-2019 | 1 |
| 26A | BP-9 Response dated 10-21-2019 | 1 |
| 26B | Request for Extension of Time to Respond/File BP-10 (Regional Office Appeal) dated 10-28-2019 | 1 |
| 27A | BP-10 (Regional Administrative Remedy Appeal) dated 12-5-2019 | 1 |
| 27B | BP-10 Continuation Page dated 12-5-2019 | 1 |
| 28 | Rejection Notice (BP-10 - Remedy ID Number 992661-R1) dated 1-8-2020 | 1 |
| 29 | Copy of First Envelope (Remedy ID Number 992661-R1) Split into two grievances ★★★ | 1 |
| 30 | Rejection Notice (BP-10 - Remedy ID Number 1002171-R1) dated 1-8-2020 | 1 |
| 31 | Copy of Second Envelope (Remedy ID Number 1002171-R1) Maliciously changed Remedy Number | 1 |
| 32A | ★① BP-11 (Central Office Administrative Remedy Appeal) dated 2-5-2020 (Remedy ID 992661-A1) | 1 |
| 32B | Rejection Notice (BP-11 - Remedy ID Number 992661-A1) dated 2-21-2020 | 1 |
| 33A | ★② BP-11 (Central Office Administrative Remedy Appeal) dated 2-5-2020 (Remedy ID 1002171-A1) | 1 |
| 33B | Rejection Notice (BP-11 - Remedy ID Number 1002171-A1) dated 2-21-2020 | 1 |

★① - Notice how Ian Connors scratched out the incorrect grievance number and put the correct number below it (992661-A1)

★② - Notice how Ian Connors wrote over the carbon copy of the incorrect grievance number (1002171-A1) (Grievance forms are 4-part: ORIGINAL, FIRST COPY, SECOND COPY, AND THIRD COPY) Proof is EVERYTHING I wrote is EXACTLY the same on BOTH exhibits.

Attachment A I
2-15-2022

9B

1A

| A. Sligar/ |

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI/FPC GILMER
GLENVILLE, WEST VIRGINIA

February 20, 2018

RE: DENIAL AND DELAY OF MEDICAL CARE/ATTENTION DURING LOCKDOWN (FEB 2018)

The Bureau of Prisons Program Statement on Administrative Remedy Procedures for Inmates states that before an inmate seeks formal review of a complaint, he must try to resolve the complaint informally by presenting it to a staff member. The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INMATE'S NAME: MAYS, JOSEPH R.   REG. NO. 43487-007   UNIT: C-1

1. Specific Complaint:
I AM ADDRESSING THE ISSUE OF THE DENIAL AND DELAY OF MEDICAL CARE AND ATTENTION TO MY SERIOUS MEDICAL NEEDS DURING THE LOCKDOWNS. FROM THE PERIOD 2-15-2018 TO 2-26-2018 AND 2-27-2018 TO 2-28-2018, WE WERE FED MOSTLY BOLOGNA SANDWICHES AND OCCASIONALLY PEANUT BUTTER PACKETS. I STARTED TO EXPERIENCE HEADACHES EVERY DAY FROM 2-17-2018 TO 2-28-2018 AND BEYOND. (CONT'D ON BACK...)

2. Relief Requested:
a. DIAGNOSIS AND TREATMENT OF MY CONDITION AS SOON AS POSSIBLE
b. REQUEST THAT, WHEN ANOTHER LOCKDOWN OCCURS, THAT WE (INMATES) HAVE ACCESS TO SICK CALL DURING NORMAL SICK CALL DAYS - WE ONLY HAD ONE DAY DURING THAT PERIOD

3. Date/Time Complaint received from inmate: 3/13/18

4. Date/Time Informally discussed with inmate: 3/20/18

5. Staff Response:
See attached

6. Date Administrative Remedy provided: 3/18/18

7. Informal Resolution ☐ was or ☒ was not accomplished.

| 43487-007 | 3-20-2018 |
| Inmate Signature/ Register Number | Date |
| R. Crouse AHSA | 3/14/18 |
| Staff Member's Name & Title | Date |
| | 3/20/18 |
| Unit Manager's Signature | Date |

DISTRIBUTION: If the complaint is informally resolved before being receipted, the Correctional Counselors shall maintain the informal resolution form for future reference. If the complaint is not informally resloved, forward the original resolution form, attached to the Administrative Remedy Clerk.

1B

COPY

CERTIFIED MAIL RECEIPT #:
7017 2400 0000 5516 9560

JOSEPH R. MAYS 43487-007
FEDERAL CORRECTIONAL INSTITUTION - GILMER
PO BOX 6000
GLENVILLE, WV 26351-6000

STAMP 7017 2400 0000 5516 9560

6-18-2018

Office of General Counsel

page 1 of 1

320 First Street NW

Washington, DC 20534

Attention Office of General Counsel:

Hello. I am writing to you today to request an extension of time to file my BP-11 (Central Office Appeal) for Remedy ID No.: 936342-R1. I need time to get the BP-11 form and copy documents.

Thank you for your time and attention to this matter.

Respectfully submitted,

Joseph R. Mays
43487-007

2

After review of medical file and providing care during lockdown it is noted that there was no delay in medical care or denial of medical care. Medical staff was available for emergency during the lockdown and then after hours there is always an on-call provider. There was at least one medical staff every day completing rounds in all units' morning and evening. On 2/20/18, besides nurse/EMT-P making rounds, the physician assistant and physician made rounds in this inmate's unit and provided treatment for this inmate. Inmate has also come to sick call since the lockdown for multiple complaints, not just headache and all physical assessment appear to be within normal limits with blood pressure being normal. Not at any time has this inmate appeared to be in distress and/or having an emergency situation.

SUBMITTED TO: _____

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

3

**REQUEST FOR ADMINISTRATIVE REMEDY**

★★ RE: DENIAL/DELAY OF MEDICAL CARE/ATTENTION ★★

☆22 PAGES *Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ★ MAYS JOSEPH R.                43487-007      C-1/106U    FCI GILMER, WV

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST** I AM SUBMITTING THIS GRIEVANCE TO ADDRESS THE DENIAL/DELAY OF MEDICAL CARE/ATTENTION DURING THE LOCKDOWNS THAT OCCURRED FROM 2-15-2018 TO 2-28-2018. DURING THIS TIME, I EXPERIENCED HEADACHES ON A DAILY BASIS, HAD PAIN IN MY ABDOMINAL AND LOWER BACK AREAS (LEFT AND RIGHT), AND MUSCLE SPASMS. I ALSO EXPERIENCED A SEVERE HEADACHE ON 2-21-2018. I FIRST ASKED [PA WILSON] TO HAVE MY BLOOD PRESSURE CHECKED ON 2-20-2018. I ASKED MULTIPLE COMPOUND AND HEALTH SERVICES STAFF MEMBERS AFTER THAT DAY. HOWEVER, OTHER THAN A PRESCRIPTION FOR IBUPROFEN 200 MG ON 2-20-2018, I NEVER RECEIVED ANY OTHER ATTENTION TO MY MEDICAL ISSUES. PA WILSON DID NOT FOLLOW UP WITH ME, FROM THAT INITIAL AND ONLY SICK CALL ENCOUNTER DURING THE LOCKDOWNS. I MADE HER AWARE, ON 2-20-2018, OF THE FACT THAT WE WERE RECEIVING BOLOGNA SANDWICHES, AND OCCASSIONALLY PEANUT BUTTER PACKETS, AS THE MAIN COURSE. ON 2-21-2018, WE/I RECEIVED SPOILED BOLOGNA. I...

★ 16 - ATTACHMENTS (REQUESTS TO STAFF/SICK CALL REQUESTS) + BP-8 W/O RESPONSE

3-19-2018                See Continuation Page        _Joseph Randolph Mays_

| DATE | | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

| DATE | | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                    CASE NUMBER: 936342-F1

                                                CASE NUMBER: 936342-F1

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| DATE | | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

BP–229(13)
APRIL 1982
USP LVN                PRINTED ON RECYCLED PAPER

Joseph R. Mays 43487-007          March 20, 2018
FCI Gilmer, WV

4

Continuation Page - BP-9 (RE: DENIAL/DELAY OF MEDICAL CARE ATTENTION)

MADE HEALTH SERVICES/PA WILSON AWARE OF THIS, ON 3-4-2018, TO CONSIDER THE POSSIBILITY OF FOOD POISONING. I ALSO SUBMITTED "REQUESTS TO STAFF", ELECTRONIC AND PAPER, AND SICK CALL REQUESTS, DURING THIS PERIOD (SEE ATTACHMENTS). I TRIED TO GIVE ONE (REQUEST TO STAFF) TO HEALTH SERVICES STAFF MEMBER MR. BREMAR, BUT HE REFUSED TO TAKE IT. HE STATED THAT IF IT WAS TAKEN TO HEALTH SERVICES, IT WOULD GET THROWN AWAY. I SAID, "IT SHOULDN'T." I HAD ALSO, UNSUCCESS-FULLY, ASKED HIM, THE CAPTAIN, AND A FEMALE HEALTH SERVICES STAFF MEMBER (RED/REDDISH HAIR W/GLASSES), WHO ALSO CONDUCTED PILL LINE, TO SEE ABOUT GETTING MY BLOOD PRESSURE CHECKED. I REPORTED A WORSENING OF MY SYMPTOMS ON 3-4-18, VIA AN ELECTRONIC "REQUEST TO STAFF". I WAS TOLD, BY PA WILSON, TO STOP SENDING THEM [DAILY]. I AM ALLOWED, AS PART OF MY [INMATE] MEDICAL RIGHTS, TO COMMUNICATE WITH HEALTH SERVICES STAFF VIA ACCEPTABLE MEANS ("REQUEST TO STAFF") ABOUT MY MEDICAL ISSUES. I ALSO REPORT TO SICK CALL AS REQUIRED SO I CAN BE SEEN. THAT INFORMATION WAS GIVEN TO HEALTH SERVICES TO ALLOW THEM TO BE ABLE TO HELP ME, AND, IN THE EVENT OF ANOTHER LOCKDOWN, I WOULDN'T BE ABLE TO GO TO SICK CALL, BUT THEY WOULD KNOW ABOUT THE CHANGE IN MY CONDITION. I AM CURRENTLY STILL EXPERIENCING PAIN IN MY RIGHT KIDNEY AREA REGULARLY AND ON BOTH SIDES SHORTLY AFTER I EAT MEALS.

⭐ NOTE: I AM UNABLE TO SUBMIT/ATTACH A BP-8 RESPONSE TO THIS GRIEVANCE BECAUSE I WAS DENIED AN EXTENSION OF TIME (A FEW DAYS), BY MR. MCADAMS (WARDEN'S OFFICE) AT THE NOON MAINLINE ON 3-14-2018. IT WAS MY INTENTION, WITH THAT EXTENSION, TO ALLOW MEDICAL/HEALTH SERVICES A FAIR OPPORTUNITY (5 WORKING DAYS) TO RESPOND TO THE BP-8 (INFORMAL RESOLUTION) AS PER THE FCI GILMER INSTITION SUPPLEMENT TO THE ADMINISTRATIVE REMEDY PROGRAM (GIL-1330.18).

RELIEF REQUESTED - AT THIS TIME, I AM SEEKING THE DIAGNOSIS AND TREATMENT OF MY MEDICAL CONDITION.

RESPECTFULLY SUBMITTED

JOSEPH R. MAYS
43487-007

ATTACHMENTS (17 PAGES)
⭐ [PAPER] REQUESTS TO STAFF DATED:
   2-20-18, 2-21-18, 2-23-18, 2-28-18
⭐ SICK CALL REQUESTS (SENT FROM C-1 UNIT VIA INSTITUTION MAIL)
   DATED: 2-22-18, 2-23-18, 2-26-18/2-27-18, 3-2-18, 3-5-18
   [ELECTRONIC] REQUESTS TO STAFF DATED:
   2-26-18 (10:42:02 AM), 2-26-18 (08:53:39 PM), 2-27-18 (07:33:15 AM),
   3-1-18 (09:42:02 PM), 3-1-18 (06:30:55 PM), 3-5-18 (08:12:02 AM)
⭐ BP-8 (Informal Resolution Form)
   Submitted on 3-13-2018 to Counselor Sligar, C-3 Unit

5

RECEIVED 4-9-2018 AT FCI GILMER, WV (C-1 UNIT)

RECEIPT - ADMINISTRATIVE REMEDY

DATE: APRIL 9, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      GILMER FCI

TO  : JOSEPH RANDOLPH MAYS, 43487-007
      GILMER FCI    UNT: C    QTR: C01-106U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID        : 936342-F1
DATE RECEIVED    : APRIL 9, 2018
RESPONSE DUE     : APRIL 29, 2018
★ SUBJECT 1      : OTHER MEDICAL MATTERS
SUBJECT 2        :

★ SHOULD/IS SUPPOSED TO STATE "DELAY/DENIAL OF MEDICAL CARE/ATTENTION"

- (INCORRECT SUBJECT CODE/ABSTRACT) -

6

**FEDERAL CORRECTIONAL INSTITUTION-GILMER, GLENVILLE, WV**
**PART B - RESPONSE TO INSTITUTION ADMINISTRATIVE REMEDY**

Date Filed: April 9, 2018                    Remedy ID No. 936342-F1

Your Request for Administrative Remedy #936342-F1 was received on April 9, 2018.  You express ongoing concerns about your headaches and kidney pain.

A review into this matter indicates you have been seen, evaluated and treated, as clinically indicated on at least seven different occasions since January 26, 2018.  You have had laboratory work and urinalysis testing.  All of these tests were reported as essentially normal or negative.  You have had an x-ray of your neck (c-spine). This report showed evidence of minimal degenerative disease.  You were treated appropriately at the time you were evaluated.  You are currently scheduled to see the clinician for your chronic care clinic follow up.

This response is provided for informational purposes only.

If dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, MD 20701.  Your appeal must be received in the Regional Office within 20 calendar days from the date of this response.


_____          4·24·2018
Jennifer Saad, Warden                     Date

CERTIFIED MAIL RECEIPT # *SENSITIVE*

**U.S. Department of Justice**

7016 2710 0000 1747 3051   (RE: REMEDY ID NO.: 936342-F1)

**Federal Bureau of Prisons**

** RE: DENIAL/DELAY OF MEDICAL CARE/ATTENTION **

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal. **(39) PAGES * IT IS SENSITIVE DUE TO THE POSSIBILITY OF A PERFORATED ULCER w/non-TREATMEN**

From: __MAYS, JOSEPH R.__    __43487-007__   __C-1/106U__   __FCI GILMER, WV__

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** I AM APPEALING THE WARDEN'S RESPONSE, DATED 4-24-18, TO MY GRIEVANCE (BP-9 (REMEDY ID NO.: 936342-F1)) DATED 3-19-18. SHE STATED THAT I HAD BEEN EVALUATED AND TREATED. HOWEVER, I AM STILL SUFFERING FROM ABDOMINAL PAIN, WHICH ORIGINATED IN FEBRUARY 2018, DURING THE LOCKDOWN. I HAD ALSO MADE HEALTH SERVICES AWARE OF/ASKED THEM TO CONSIDER THE POSSIBILITY OF FOOD POISONING DUE TO SPOILED BOLOGNA I/WE RECEIVED ON/AROUND FEBRUARY 21, 2018. THE WARDEN ALSO STATED THAT ALL OF MY TESTS WERE NORMAL OR NEGATIVE. THIS, TOO, IS FALSE BECAUSE MY WBC (WHITE BLOOD CELL COUNT) IS INDICATED LOW (2.9) ON THE LAB (BLOOD) TEST/REPORT. THE NORMAL RANGE IS 4.0 - 11.0. ADDITIONALLY, MY RBC (RED BLOOD CELL COUNT), HEMO-GLOBIN, AND HEMATOCRIT LEVELS ARE ALMOST AT THE LOWER LIMIT OF NORMAL. I WAS NEVER ADVISED OF THESE FINDINGS. I FOUND OUT ON MY OWN, WHEN...

__5-2-2018__    ATTACHMENTS (38) PAGES ** DELAY IN MAILING (5-9/18) DUE TO A LACK OF FUNDS FOR STAMPS JR

     DATE    See Continuation Page     SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Received

MAY 16 2018

Bureau of Prisons
MARO Regional Counsel

_____      _____

     DATE      REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE      CASE NUMBER: __936342-R1__

**Part C - RECEIPT**

     CASE NUMBER: _____

Return to: _____   _____   _____   _____

     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____

     DATE      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

     BP-230(13)

CERTIFIED MAIL RECEIPT # 8   Joseph R. Mays 43487-007   *March 20, 2018
7016 2710 0000 1747 9051   FCI Gilmer, WV   May 2,

RE: REMEDY ID No.: 936342-F1

Continuation Page - BP-10 (RE: DENIAL/DELAY OF MEDICAL CARE/ATTENTION)

I REQUESTED MY MEDICAL RECORDS ON 4-11-2018. I WAS TOLD, ON 3-26-2018, I MAY HAVE AN ULCER. I WAS ASKED TO PURCHASE ZANTAC OR PRILOSEC. I WENT WITHOUT TREATMENT FOR SIXTEEN DAYS BECAUSE I DIDN'T HAVE ENOUGH MONEY TO BUY IT. HEALTH SERVICES ADMINISTRATOR WEAVER VIOLATED MY RIGHT TO PRIVACY OF MY MEDICAL INFORMATION/CONDITION ON 4-4-2018. HE, IN THE PRESENCE OF THREE STAFF MEMBERS, SARCASTICALLY STATED, "THE WARDEN SAID YOU CAN SHOP NOW." I RESPONDED BY TELLING HIM I DIDN'T HAVE ANY MONEY. HE STATED THAT I WASN'T INDIGENT, WHICH I NEVER DENIED. HE FAILED TO LET ME KNOW, IN HIS REVIEW OF MY COMMISSARY PURCHASES AND ACCOUNT STATUS, THAT THE ACTUAL PRICE OF THE GENERIC ZANTAC WAS $2.95 AND NOT $5.15 AS LISTED ON THE FCI GILMER COMMISSARY SHOPPING LIST DATED 12/20/2017. EVEN IF HE HAD TO FOLLOW THE POLICY REGARDING INDIGENCY, HE, HAD HE DIVULGED THIS PRICE CHANGE INFORMATION, WOULD HAVE ALLOWED ME TO PURCHASE IT AT LEAST ONE WEEK SOONER. HOWEVER, THE MEDICINE DID NOT TREAT MY ULCER AND I AM STILL SUFFERING IN PAIN FROM IT AT THIS MOMENT. I HAD ALSO QUESTIONED THEM AND ASKED THEM WERE THEY AWARE I WAS ALREADY TAKING OMEPRAZOLE, WHICH IS ALSO AN ACID REDUCER. THE LABEL ON THE ZANTAC (GENERIC) STATES THAT IT SHOULD NOT BE TAKEN WITH ANOTHER ACID REDUCER. THE RECEIPT FOR THE GRIEVANCE IS DATED THE DAY AFTER (4-9-2018) I ASKED FOR A RECEIPT FOR THIS GRIEVANCE. IT WAS GIVEN TO COUNSELOR SLIGAR, ON 3-20-2018, IN FRONT OF C-UNIT, IN THE PRESENCE OF MS. WILSON (C-3 UNIT SECRETARY). I NEVER GOT A COPY OF THE BP-8 RESPONSE OR THE SIGNED (BY AHSA MS. GROVE) BP-8. THE BP-8 RESPONSE WAS UNSIGNED AND UNDATED. IT IS JUST A BLOCK OF TEXT THAT DOES NOT IDENTIFY WHO WROTE IT/RESPONDED TO THE BP-8. IN REBUTTAL TO IT, THERE WASN'T ANYONE FOLLOWING UP WITH ME BETWEEN 2-20-2018 AND 2-28-2018. ADDITIONALLY, AS TO A HEALTH CARE PROVIDER BEING AVAILABLE, HEALTH SERVICES STAFF MEMBER JESSICA HOUGHIN, ON 2-24-2018, TOLD ME, AFTER I COMPLAINED ABOUT MY HEADACHE, THAT THERE WAS NO PROVIDER HERE TODAY. THERE WAS ONLY ONE (1) DAY THAT SICK CALL WAS CONDUCTED DURING THE PERIOD FROM FEBRUARY 15, 2018 TO FEBRUARY 28, 2018. AND LASTLY, MS. GROVE, OR WHOEVER WROTE THE BP-8 RESPONSE CANNOT SPEAK ABOUT MY DISTRESS OR EMERGENCY SITUATION IF THEY WEREN'T THERE TO WITNESS IT AND/OR FEEL THE PAIN I WAS GOING THROUGH. WARDEN HAS THE WRONG SUBJECT CODE FOR GRIEVANCE.

RELIEF REQUESTED: ACTUAL TREATMENT/DIAGNOSIS OF MY CONDITION (S).

Respectfully Submitted,

Joseph R. Mays

| Attachments: | | |
|---|---|---|
| Request to Staff (Warden) 4-4-18 | (2) pages |
| Request to Staff (Warden) 4-15-18 | (1) page |
| Receipt (Remedy ID: 936342) 4-9-18 | (1) page |
| Request to Staff (Medical) 4-10-18 | (1) page |
| Request to Staff (Medical) 4-14-18 | (2) pages |
| Commissary Shopping List 12-20-17 | (1) page |
| BP-9 Package | (26) pages |
| w/ Continuation Page | |
| w/ BP-8 & BP-8 Response + Attachments | |

* MISTAKENLY COPIED FROM BP-9 CONTINUATION PAGE

RECEIVED 7-9-2018 FROM CO ALDRIDGE (C-1 UNIT) ON/AT THE 7:30PM MOVE *jam*

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JUNE 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : JOSEPH RANDOLPH MAYS, 43487-007
      GILMER FCI     UNT: C    QTR: C01-106U

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 936342-R1
DATE RECEIVED   : MAY 16, 2018
RESPONSE DUE    : JUNE 15, 2018
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :

*10*

## REGIONAL ADMINISTRATIVE REMEDY APPEAL
### PART B – Response

**Date Filed: May 16, 2018**          **Remedy ID No.: 936342-R1**

You appeal the Warden's response to your request for administrative remedy. You claim you are still suffering from abdominal pain and have not been treated. You request to be diagnosed and treated.

A review of your medical records indicates you were seen on April 24, 2018, for your chronic care visit and your abdominal pain was addressed. Your provider placed a consult for you to have a computed tomography (CT) scan of your abdomen, your consult is currently pending a decision and you will be notified by the medical department once a decision has been made. You have sick call available to you if your condition worsens.

Your medical plan of care, developed and implemented by your primary care provider team, is adequate and ongoing. You are encouraged to continue to work with your primary care provider team for your health care related issues and concerns.

This response is for informational purposes only. If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the General Counsel's Office within 30 days from the date of this response.

MAY 25 2018
_____
Date

_____
Angela P. Dunbar
Regional Director
Mid-Atlantic Region

CERTIFIED AND REQUESTED SENSITIVE

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

7016 2710 0000 1743 3246 ** (RE: REMEDY ID NO.: 936342-R1)**
** RE: DENIAL/DELAY OF MEDICAL CARE/ATTENTION **

11

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal. **(50) PAGES** * IT IS SENSITIVE DUE TO THE POSSIBILITY OF A PERFORATED ULCER *
3.231u w/ NON - TREATMENT *

From: **MAYS, JOSEPH R.**   **43487-007**   C-2/106u FCI GILMER, WV
LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A - REASON FOR APPEAL** I AM APPEALING THE RESPONSES TO MY GRIEVANCES AT THE INSTITUTIONAL LEVEL (936342-R1) AND AT THE REGIONAL LEVEL (936342-R1). THE WARDEN'S OFFICE FAILED TO MENTION MY ABDOMINAL PAIN, WHICH IS THE DOMINANT AND ONGOING/CURRENT COMPLAINT. DR. GROVE, IN HER UNSIGNED AND UNDATED BP-8 RESPONSE, WRONGFULLY AND INHUMANELY STATED THAT "NOT AT ANY TIME HAS THIS INMATE APPEARED TO BE IN DISTRESS AND/OR HAVING AN EMERGENCY SITUATION." SHE WAS NOT PRESENT THOSE TIMES I ASKED FOR HELP - AT THE UNIT. SHE WASN'T THERE WHEN I HAD THAT VERY SEVERE HEADACHE ON 2-21-2018, AT THE 4 PM COUNT. THE REGIONAL OFFICE, IN THEIR RESPONSE DATED 5-25-2018, STATED THAT MY CONDITION WAS ADDRESSED. HOWEVER, IT HAS NOT BEEN TREATED. ON 7-23, 2018, I WILL START MY SIXTH MONTH WITH THIS CONDITION (ABDOMINAL PAIN). I HAVE LOST OVER 30 POUNDS WITH NO EXPLANATION. I HAVE NOT BEEN GIVEN ANY KIND OF TREATMENT FOR MY STOMACH/ABDOMINAL PAIN OR THE RESULTS OF MY MOST RECENT TESTS (STOOL AND BLOOD TESTS). I AM STILL WAITING FOR A CT SCAN, THAT WAS SUBMITTED IN APRIL 2018, TO GET A LEGITIMATE/ACTUAL DIAGNOSIS OF MY MEDICAL CONDITION. I AM STILL BEING TOLD,...

** REASON FOR EXTENSION REQUEST - A LACK OF FUNDS FOR STAMPS AND COPY CARDS JRM

7-20-2018   Attachments (45) Pages
DATE   See Continuation Page   SIGNATURE OF REQUESTER

**Part B - RESPONSE**

1) 936342 - R1   response dated 5-25-18
2) 936342 - A1   arrived on 8-6-18

RECEIVED
AUG 06 2018
Administrative Remedy Section
Federal Bureau of Prisons

73 days

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: 936342-A

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION
SUBJECT: _____

DATE   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN   PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

Joseph R. Mays  43487-007                    July 20, 2018

12                    FCI Gilmer, WV

Continuation Page - BP-11 ( RE: DENIAL/DELAY OF MEDICAL CARE/ATTENTION )
                    ( REMEDY ID NO 936342-R1 )

(cont'd...) by PA Wilson, although more subtly now, to stop sending emails (see electronic "Request to Staff" dated 5-31-2018. She fails to realize that is one of my rights (medical) to do so. She would not advise me of the name and results of the "other" test that she talked about. She also stated that there were no notes, for my chronic care appointments, about my urination issues. I DID mention them to Dr. Kirby, because I showed him my chart I had made with my last four lab test results. I showed/talked to him about the two PSA values (it had gone up). I had also talked to him about (asked him) my low white blood cell count (2.9), which was flagged low, but I was not told about this. Dr. Kirby's words to me were, "It isn't anything to lose sleep over," I beg to differ on that without proof. I have NOT been provided with an ulcer diet and/or ulcer treatment. NOTE: I currently take Omeprazole, but my stomach still hurts. I am demanding treatment of my condition so I can get back to normal and be healthy. This continued delay is affecting my future health. I would like to work out and be healthy like I was last year, but Health Services, through their continued delays, is interfering with my ability to execute my exercise plan and maintain proper health. The possibilities of ulcers and/or diverticulitis put me at risk for stomach and/or intestinal perforation(s), which would require immediate attention/treatment. It could lead to the loss of part of my stomach and/or intestines. In closing, I was finally tested for H. Pylori on 6-20-2018 (given a stool sample jar), more than three months after I asked Health Services to consider the possibility of food poisoning in March 2018. This was due to our (FCI Gilmer, WV inmates) being fed spoiled bologna during the lockdown in February 2018. I am awaiting the results of that test.

Respectfully submitted,

Joseph R. Mays
43487-007

Attachments:- (BP-11 PACKAGE - 15 PAGES) 50 PAGES TOTAL
    - BP-10 W/CONTINUATION PG + RESPONSE - 3 PAGES
    ERTS - 4/4, 4/8, 4/10, 4/14, 4/15 - 8 PAGES
    BP-9 RECEIPT (936342-F1) DATED 4-9-18 - 1 PAGE
    COMMISSARY SHOPPING LIST DATED 12-20-17 - 2 PGS
    - BP-9 W/CONTINUATION PAGE + RESPONSE - 3 PAGES
    ERTS - 2/26(2), 2-27, 3-1(2), 3-5 - 6 PAGES
    PRTS - 2/20, 2/21, 2/23, 2/28 - 4 PAGES
    SCR - 2/22, 2/23, 2/26-2/27, 3/2, 3/5 - 5 PGS
    - BP-8 W/ RESPONSE - 3 PAGES

ERTS = ELECTRONIC REQUEST TO STAFF
PRTS = PAPER REQUEST TO STAFF
SCR = SICK CALL REQUEST

*RECEIVED FROM VNIT (C-3) OFFICER MAYO AT 11:08AM ON 10-19-2018 hrm*

Administrative Remedy No. 936342-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal wherein you allege you have received inadequate treatment
for abdominal and headache pain.  You contend you have had the
abdominal pain for several months, an elevated prostate-specific
antigen (PSA), low white blood cell count, and loss over 30
pounds.  You further assert a CT scan was submitted in
April 2018; however, it has not been completed to date.  You
further assert you have not been provided a diet or treatment
for your ulcer condition and Omeprazole is not effective for
your abdominal pain.  For relief, you request medical treatment.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Our succeeding review reveals you have been evaluated
by Health Services on multiple occasions for headache and
abdominal pain and have had adjustments in your health care as
clinically needed.

With regard to your diet, on June 5, 2018, you were instructed
to keep a food/liquid diary and to notate changes in pain
associated with meals.  There is no indication you kept a food
diary or further discussed your diet with your clinical team.
Therefore, at this time, your clinical team has found there
insufficient diagnostic data to make a clinical determination of
the need for specialized diet.

Regarding your labs, you had repeat labs completed on June 28,
2018.  Your clinical provider reviewed your labs and did not
find any significant findings.

Further review of your medical record reveals you were last
evaluated in the chronic care clinic on August 15, 2018.  There
is no indication you complained the Omeprazole was not
effective.  If you are having issues, you need to request sick
call for your specific complaints.  You have a presently have a
scheduled CT scan.  Due to security reasons, we are not able to
disclose the scheduled appointment date.  Based on the fact your
CT scan is categorized as routine; medically acceptable-not
always necessary, there is no indication you have had a delay in
medical care.  Once the CT scan is completed, if indicated,
recommendations will be made and a course of care will be
determined.

Based on this information, there is no evidence to substantiate
your claim of being denied appropriate medical care.

---

*RECEIVED FROM VNIT (C-3) OFFICER MAYO AT 11:08AM ON 10-19-2018 hrm*

Administrative Remedy No. 936342-A1
Part B - Response
Page 2

Your primary care team will continue to make recommendations as
needed.  As recommendations are made, a course of treatment will
be determined.  Given this, we shall defer diagnostic testing
and treatment interventions to the Health Services staff at the
local level.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.

9/24/18
Date

Ian Connors, Administrator
National Inmate Appeals

14A

A. Sligar

JUN 13 2019

14B

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI/FPC GILMER
GLENVILLE, WEST VIRGINIA

The Bureau of Prisons Program Statement on Administrative Remedy Procedures for Inmates states that before an inmate seeks formal review of a complaint, he must try to resolve the complaint informally by presenting it to a staff member. The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INMATE'S NAME: Mays, Joseph R.    REG. NO. 43487-007    UNIT: C-3/119U

1. Specific Complaint: Deliberate indifference to my serious medical needs (kidney pain). Health Services has failed to treat my/address my ongoing kidney pain, which has been as high as 9.5 (on a scale of 1 to 10) recently. They have known about the cyst in/on my left kidney since Sep 2016 and the high microalbumin reading in Oct 2018's lab report, yet despite my reports of continued pain, refuse to address the pain and/or send me to a kidney specialist (I was recently told to tell the gastroenterologist about my kidneys?)

2. Relief Requested: Actual treatment of my kidney condition and the proper and continuous monitoring I am supposed to receive of my chronic conditions (diabetes, hypertension, hyperlipidemia, etc.)

3. Date/Time Complaint received from inmate: 6/13/19

4. Date/Time Informally discussed with inmate: 6/20/19

5. Staff Response:

See attached.

6. Date Administrative Remedy provided: _____

7. Informal Resolution ☐ was or ☐ was not accomplished.

Inmate Signature/Register Number          6-20-2019          Date

R Grove, AHSA
Staff Member's Name & Title               6/20/19            Date

Unit Manager's Signature                  6/20/19            Date

DISTRIBUTION: If the complaint is informally resolved before being receipted, the Correctional Counselors shall maintain the informal resolution form for future reference. If the complaint is not informally resolved, forward the original resolution form, attached to the Administrative Remedy Clerk.

---

After review of medical file, the inmate has been seen for chronic care with a physician every year and multiple follow-up chronic care visit with physician assistants. Inmate has been receiving regular blood work to monitor chronic care problems (high blood pressure and diabetes). Inmate has had negative fecal occult blood stool tests, negative CT and abdominal xrays. Inmate has also been seen for multiple sick call complaints of kidney/abdominal pain with most recent encounter on 4/23/19 for persistent abdominal pain. Inmate's overall assessment was normal but did note a weight gain of approx. 25 pounds since August 2018. Inmate has a pending consult with gastroenterologist for abdominal discomfort and it is already scheduled on the outside with a date and time. At this time, the inmate has been followed appropriately for chronic care and for abdominal discomfort. If inmate has any worsening problems then he can make sick call if he wants to.

R. Grove, AHSA
06-20-2019

15 B

**★★★ UNTIL IT CAN BE SHOWN OTHERWISE, I AM AT RISK OF LOSING A PORTION MY DIGESTIVE AND/OR KIDNEY FUNCTIONALITY ★★★**

U.S. DEPARTMENT OF JUSTICE                    REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

**★★★ RE: ONGOING DELAY OF / DENIAL OF MEDICAL TREATMENT ★★★**

PAGES (20)  Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.
★★ NOTE: I SHOULD NOT BE RETALIATED AGAINST FOR FILING THIS GRIEVANCE (I.E. JOB LOSS, TRANSFER, ...

From: MAYS, JOSEPH R.                43487-007        C-3/219U      FCI GILMER, WV
          LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.        UNIT            INSTITUTION

Part A- INMATE REQUEST I AM WRITING TO COMPLAIN ABOUT THE DELAY OF/DENIAL OF MEDICAL TREATMENT FOR MY ONGOING STOMACH/ABDOMINAL PAIN AND KIDNEY PAIN. THIS HAS BEEN ONGOING SINCE FEBRUARY 2018.!! PA WILSON STATED, ON 5-31-2018, IN RESPONSE TO MY ELECTRONIC "REQUEST TO STAFF" DATED 5-28-2018, AT 0914SFM, THAT I DON'T KNOW FOR CERTAIN THAT I HAVE ULCERS. SHE STATED THAT, "THE CT SCAN WILL REVIEW MY ABDOMEN AND EVALUATE THE AREA WHERE YOU ARE COMPLAINING OF PAIN. I UNDERWENT A CT SCAN ON 9-18-2018. HOWEVER, I REPORTED TO SICK CALL ON 11-9-2018, 12-21-2018, AND 12-28-2018 AND COMPLAINED ABOUT CONTINUED STOMACH/ABDOMINAL AND KIDNEY AREA PAIN, HOWEVER, NO EFFORT WAS MADE TO SEEK OUTSIDE HELP, AT THAT TIME. I WAS CONTINUING TO GO THAT I HAD A CHRONIC CARE APPOINTMENT COMING UP. HOWEVER, THAT DID NOT OCCUR UNTIL NEARLY THREE (3) MONTHS LATER ON 3-19-2019. I WAS SEEN BY DR. KIRBY. HE HAD ALSO SEEN ME ELEVEN (11) MONTHS EARLIER ON 4-24-2018. HE WAS ALREADY AWARE OF MY STOMACH/ABDOMINAL PAIN AND KIDNEY PAIN.

I, RECENTLY, ON 6-17-2019, SENT AN ELECTRONIC "REQUEST TO STAFF" TO HEALTH SERVICES (PA WILSON, DR. KIRBY, DR. ANDERSON, MS. CROVE). I MADE THEM AWARE OF MY ONGOING KIDNEY AREA AND STOMACH ABDOMINAL PAIN. I ASKED THEM WHY I WASN'T RECOMMENDED TO A NEPHROLOGIST. THEY(S/HE) (PA WILSON).

6-27-2019                Attachments (19) pages   BP-8 (2) pgs  Cont. pg (4)  MEDREC (1) pg  CT SCAN (1) pg
     DATE                See Continuation Page...    Labs (2) pgs                                      REQ TO STAFF (4) pgs
                                                              SIGNATURE OF REQUESTER

Part B- RESPONSE

_____    _____
          DATE                              WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 986154-F1

                                              CASE NUMBER: 986154-F1

Part C- RECEIPT

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____    _____
          DATE                              RECIPIENT'S SIGNATURE (STAFF MEMBER)      BP-229(13)
                                                                                      APRIL 1982

---

FEDERAL CORRECTIONAL INSTITUTION-GILMER, GLENVILLE, WV
PART B - RESPONSE TO INSTITUTION ADMINISTRATIVE REMEDY

Date Filed: August 1, 2019                    Remedy ID No. 986154-F1

Your Request for Administrative Remedy #986154-F1 was received on August 1, 2019. You state you want an immediate diagnosis and treatment of your abdominal and kidney pain and you ask for a review of medical procedures at FCI Gilmer because you feel there is a delay in your care.

A review into this matter reveals you have been seen through sick call and routine chronic care appointments timely and regularly. You have complained of abdominal pain and right side kidney pain specifically after urinating. Your last examination was with the physician on July 17, 2019. At this time all your previous and recent labs and testing were reviewed and were either negative or within normal range. Your CT from September 2018 revealed a cyst on your left kidney; however it was benign (meaning non-cancerous). A follow up x-ray was completed on June 25, 2019, and again was unremarkable, showing only mild stool in the rectum (constipation). The physician prescribed you a new medication, Sucralfate tablets, for your abdominal pain and constipation on the July 17, 2019, visit. A consult for the gastroenterologist has been approved and you will be sent to the outside specialist for this appointment.

This response is provided for informational purposes only.

If dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Mid-Atlantic Regional Office, 302 Sentinel Drive, Suite 200, Annapolis Junction, MD 20701. Your appeal must be received in the Regional Office within 20 calendar days from the date of this response.

R. Thompson/fao                              8·13·19
R. Hudgins, Warden                           Date

JOSEPH R. MAYS   43487-007   FCI Gilmer, WV   16        June 27, 2019

Continuation Page - BP-9  (RE: Ongoing Delay of / Denial of Medical Treatment)

... said I had an appointment pending with the outside GI specialist. Basically, tell them. I asked them did this GI specialist have a dual discipline in nephrology or urology as well as gastroenterology. PA Wilson's response was "No." I asked them why they did not recommend me to a nephrologist. Her response was, "Because your renal function is normal. The CT Scan showed a simple cyst is not clinically significant and does not require an appointment with the nephrologist." That CT Scan Report, on the third line under "Findings:", states that the cyst "... appears benign in nature." This does not sit too well with me. I would be more at ease, emotionally, to KNOW that the cyst is benign. And, the responsible Health Services staff members DO NOT have to live with the constant pain, averaging 6-7, everyday, but I DO!! Ms. Grove, in her BP-8 response dated 6-20-2019, is NOT looking at WHY I lost THIRTY (30) pounds in two (2) months last year. My body returned back to near the weight I was before I lost it suddenly. It is NOT normal to lose that much weight that fast. She stated that my overall assessment was normal. There is nothing normal about drinking tap water and my stomach hurts five (5) minutes later. There is nothing normal about urinating and having your/my LEFT kidney/kidney area hurt five (5) minutes later. It is NOT normal to be allowed to suffer in pain for over SIXTEEN (16) months. Especially when the preliminary exacerbating cause of my stomach pain was the Ibuprofen (200mg and 800mg (Motrin)) that were prescribed to me by PA Wilson in February and March of 2018. She NEVER followed up with me on this, even despite my questions about the rationale of giving me 400% more (200mg to 800mg) of something that was causing me stomach pain and abdominal pain. And, lastly, both of them are wrong/misleading when they state 1) (PA Wilson) "that we will always let you know if something is abnormal" and 2) (Ms. Grove) "that I had been receiving regular blood work to monitor chronic care problems. I had a HIGH microalbumin level (indicative of kidney function) of FORTY-SEVEN (47) in October 2018, but they DID NOT tell me. I DID NOT receive a follow-up blood/lab test for that lab in October 2018 nor was a blood test performed prior to my chronic care appointment in March 2019. It wasn't done until 6-5-2019.

As relief, for the moment, I am requesting immediate diagnosis and treatment of my stomach/abdominal and kidney pain. I am also asking for a review of the medical procedures/process at FCI Gilmer, WV Health Services to prevent future delays of this magnitude from occurring.

Respectfully submitted

Joseph R. Mays
43487-007
C-3/219u

Attachments 19 Pages (Including Continuation Pages)
• Electronic "Request to Staff" (5-31-2018 (2)PGS, 6-20-2019 (2)PGS, 12-3-2018 (2)PGS, 6-24-2019 07:31:46AM (2)PGS, 6-24-2019 11:37:02AM (1) PG)
• Medical Record (Clinical Encounter) 4-24-2018 (1) PG
• CT Scan Results 9-18-2018 (1) PG
• Lab Results 10/12/18 15:16 (Page 1 of 1), 10/12/18 13:37 (Page 1 of 2)

*** I SHOULD NOT BE RETALIATED AGAINST FOR FILING **
THIS GRIEVANCE

CERTIFIED MAIL RECEIPT #:
U.S. Department of Justice
Federal Bureau of Prisons
7018 2290 0000 1199 9501

* RECEIVED FORM FROM UNIT MANAGER COCM (C-UNIT) ON 8-21-2019 JPM
Regional Administrative Remedy Appeal
RE: ONGOING DENIAL OF / DENIAL OF MEDICAL TREATMENT
RE: REMEDY ID NUMBER: 986154-F1

17B
RECEIVED ON 10-16-2019, AT 1735, FROM C-3 UNIT OFFICER SPROUSE Jpm

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal. Jpm *** FAILING TO ADDRESS THESE CONDITIONS COULD RESULT IN KIDNEY FAILURE/LOSS AND/OR *** PAGES (34) Jpm INTESTINAL PERFORATIONS, WHICH COULD LEAD TO SEPSIS AND POSSIBLY DEATH Jpm

From: MAYS, JOSEPH R.    43487-007    C-3/219U    FCI GILMER, WV
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL  I AM APPEALING THE DECISION (RESPONSE), DATED 8-13-2019, OF ASSOCIATE WARDEN R. THOMPSON FOR WARDEN R. HUDGINS. SHE STATED THAT I HAD BEEN SEEN THROUGH SICK CALL AND (ROUTINE) CHRONIC CARE APPOINTMENTS REGULARLY AND TIMELY WHAT HAS BEEN LEFT OUT IS THE NUMEROUS TIMES I WAS TURNED AWAY BY HEALTH SERVICES STAFF AND FORCED TO ENDURE CONTINUED PAIN (STOMACH/ABDOMINAL AND KIDNEY AREA PAIN) FOR OVER A YEAR AND A HALF NOW. HER REVIEW WAS INCORRECT AS IT PERTAINS TO MY KIDNEY PAIN, BECAUSE IT WAS THE LEFT SIDE, WHICH HAS THE 1.5" DIAMETER CYST (4.9 CM) IN THE LOWER POLE, AND NOT THE RIGHT SIDE. ADDITIONALLY, NO CONSIDERATION HAS BEEN GIVEN TO INCREASED SIZE OF THE CYST, HYDRONEPHROSIS, URINARY TRACT INFECTION, ESPECIALLY WITH PAIN AFTER URINATION. AW THOMPSON IS ALSO GROSSLY NEGLIGENT IN HER REVIEW AS IT PERTAINS TO MY CYST. SHE STATED THAT IT IS BENIGN (NON-CANCEROUS). THAT IS NOT WHAT THE CT SCAN RESULTS FROM SEPTEMBER 2018 STATED. THE RESULTS SPECIFICALLY STATE " THERE IS A 4.9 CM DIAMETER HYPODENSE SIMPLE CYST IN THE LOWER POLE OF THE LEFT KIDNEY, WHICH APPEARS...

BP-10 PACKAGE (16) PAGES (FORM + CONT. PAGES (15), RTS TO HEALTH SERVICES, DATED 8-12-19, RTS AW, ALSO DATED 8-16-2019 (RE: BP-10 FORM) (4) + (1) PAGES RECEIVED)
8-28-2019    BP-9 PACKAGE (20) PAGES (INCLUDES BP-8)Jpm    Joseph Ray Mays
DATE    See Continuation Page....    SIGNATURE OF REQUESTER

Part B - RESPONSE

Received

Bureau of Prisons
MARO Regional Counsel

DATE    REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE    CASE NUMBER: 986154-R1

Part C - RECEIPT
    CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE    SIGNATURE, RECIPIENT OF REGIONAL APPEAL    BP-230(13)

---

REGIONAL ADMINISTRATIVE REMEDY APPEAL
PART B - Response

Date Filed September 3, 2019    Remedy ID No.:986154-R1

You appeal the Warden's response to your request for administrative remedy. You allege you have unknown cause of stomach and kidney pain. You request immediate diagnosis of your pain and a review of healthcare administrative procedures at your current facility.

A review of your records reveals you have been seen by your primary care provider team on numerous occasions for your complaints, in addition to numerous diagnostic studies. You were evaluated by a gastroenterologist on September 17, 2019, who suggested you have Irritable Bowel Syndrome. You were encouraged to monitor portion control, and avoid certain foods. You have been referred for a colonoscopy, and upon approval, your confirmed diagnosis will be updated with the results of the study. Your primary care provider team have treated your condition appropriately.

This response is for informational purposes. If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.  Your appeal must be received in the General Counsel's Office within 30 days from the date of this response.

OCT 0 2 2019
Date

J. Harmon
Regional Director
Mid-Atlantic Region

JOSEPH R. MAYS   43487-007   FCI Gilmer, WV   18   August 28, 2019

Continuation Page - BP-10 (RE: Ongoing Delay of / Denial of Medical Treatment)

(RE: Remedy ID Number 986154-F1)

... BENIGN IN NATURE. (SEE "FINDINGS" LINES 2 AND 3) IT SAID "APPEARS", WHICH PLACES RESPONSIBILITY UPON HEALTH SERVICES TO TAKE FURTHER STEPS TO ENSURE THAT THE CYST IS ACTUALLY BENIGN. AS FAR AS THE X-RAY, THEY (PA WILSON AND THE X-RAY TECHNICIAN) DID NOT TELL HER (AW THOMPSON) THAT THEY SAID THAT THE "DARK SPOT" ON TWO, OUT OF THREE, X-RAYS ON MY LEFT SIDE WAS GAS. IF SO, WHY WAS THE SPOT ROUND IN SHAPE AND CLOSE TO THE SIZE OF THE CYST DESCRIBED IN THE CT SCAN. IF THIS "SPOT" IS GAS, WHY IS IT IN THE SAME AREA AND WHY DID THE X-RAY TECHNICIAN RUSH ME OUT, WHEN I HAD THE SECOND SET OF X-RAYS, BEFORE I COULD SEE THE "UPPER" X-RAY THAT WOULD HAVE SHOWN THE SPOT? AND JUST LIKE WITH THE CYST, OTHER TESTS COULD HAVE BEEN PERFORMED TO VERIFY THAT THIS "SPOT" WAS/IS ACTUALLY GAS.

AS TO MY "FEELING" THAT THERE WAS A DELAY IN CARE, THAT "FEELING" IS VALID. EVEN A LAY PERSON WOULD AGREE THAT SIX MONTHS IS TOO LONG OF A DELAY WHEN A PERSON HAS CONTINUALLY COMPLAINED OF STOMACH/ABDOMINAL PAINS. STOMACH PAIN WHICH WAS, MORE LIKELY THAN NOT, THE RESULT OF PA WILSON PRESCRIBING IBUPROFEN 800MG FOR ME AFTER I HAD ALREADY COMPLAINED OF STOMACH PAIN AFTER TAKING THE 200MG IBUPROFEN. AND TO MAKE MATTERS WORSE, SHE NEVER FOLLOWED UP ON THIS EVEN DESPITE KNOWLEDGE THAT OVERUSE OF NSAID'S (IBUPROFEN AND OTHER RELATED DRUGS) CAN CAUSE ULCERS IN PATIENTS. THAT WAS DR. ANDERSON'S REASONING, DURING MY CHRONIC CARE APPOINTMENT WITH HIM IN JULY 2019, FOR PRESCRIBING THE SUCRALATE FOR ME, ALBEIT FIFTEEN MONTHS LATER. SUCRALATE IS USED TO TREAT ULCERS. PA WILSON WAS DELIBERATELY INDIFFERENT TO MY STOMACH/ULCER ISSUES BECAUSE, IN MAY 2018, SHE SAID, "YOU DON'T KNOW THAT YOU HAVE ULCERS" AND "ULCERS CAN ONLY BE DIAGNOSED WITH SPECIALIZED TESTS." IF SHE HAD THAT KNOWLEDGE, WHY DIDN'T SHE REQUEST THOSE TESTS FOR ME, INSTEAD OF MAKING ME SUFFER ANOTHER FOURTEEN (14) MONTHS IN [STOMACH/ABDOMINAL] PAINS. AS TO MY KIDNEY [AREA] PAIN, NO TREATMENT HAS BEEN GIVEN. PA WILSON ASKED ME TO TELL THE GI CONSULTANT ABOUT THOSE ISSUES, BUT HOW CAN I DO THAT, AND RECEIVE TREATMENT, IF THEY [HEALTH SERVICES] WON'T SEND ME OUT?

AS RELIEF, I AM REQUESTING IMMEDIATE DIAGNOSIS AND TREATMENT OF MY STOMACH AND/OR KIDNEY PAIN ISSUES. NOTE: ALTHOUGH THEY GAVE ME SUCRALATE, H/S HAS NOT DETERMINED THE CAUSE OF MY STOMACH PAIN (I.E. AILMENT - CROHN'S DISEASE, IBS, ETC.). I AM ALSO REQUESTING A REVIEW OF THE FCI GILMER, WV MEDICAL PROCESS TO PREVENT FUTURE DELAYS.

RESPECTFULLY SUBMITTED,

JOSEPH R. MAYS

19A

CERTIFIED MAIL RECEIPT #:
7017 2400 0000 5516 9393

JOSEPH R. MAYS 43487-007
FEDERAL CORRECTIONAL INSTITUTION - GILMER
PO BOX 6000
GLENVILLE, WV 26351-6000

B STAMP 7017 2400 0000 5516 9393

LEGAL MAIL                              10-27-2019

Office of General Counsel                page 1 of 1

Federal Bureau of Prisons

320 First Street NW

Washington, DC 20534


Attention Office of General Counsel:


    Hello. I am requesting an extension of time to file my BP-11. I received the response to my grievance (Remedy ID Number: 986154-R1), dated 8-28-2019, on 10-16-2019 at 1735, from C-3 Unit Officer Sprouse, at FCI Gilmer, WV.


    This extension is necessary due to the unavailability of the Inmate Copier for the entire month of October 2019 to date and the unavailability of my Unit Counselor, Mr. Sligar, during the week. I work at UNICOR and I cannot take off whenever I want without approval (i.e. a callout, etc.). Compared to earlier in the year, he has been unavailable as opposed to my usually being able to see him Tuesday through Thursday mornings prior to going to UNICOR.


    Therefore, I am, respectfully, requesting an extension of time to file my BP-11 with this office.

Respectfully submitted,

Joseph R. Mays, 43487-007

---

1/3

CERTIFIED MAIL RECEIPT #:
① 7018 2240 0000 1198 5566
②

U.S. Department of Justice
Federal Bureau of Prisons

19B

Central Office Administrative Remedy Appeal

RE: ONGOING DELAY OF/DENIAL OF MEDICAL TREATMENT
RE: REMEDY ID NUMBER: 986154-R1    REG. EXT. ON 10-27-2019

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal. ★ I SHOULD NOT BE RETALIATED AGAINST FOR FILING THIS GRIEVANCE R'S (3B) PAGES

From: MAYS, JOSEPH R.        43487-007      C-3/219U      FCI GILMER, WV
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT        INSTITUTION

Part A - REASON FOR APPEAL I AM APPEALING THE MID-ATLANTIC REGIONAL OFFICE'S RESPONSE TO MY GRIEVANCE. THEY, ALONG WITH ASSOCIATE WARDEN R. THOMPSON AND WARDEN R. HUDGINS ARE IGNORING THE FACT THAT I HAVE BEEN SUFFERING IN PAIN (STOMACH/ABDOMINAL AND LEFT KIDNEY PAIN) FOR NEARLY TWO (2) YEARS!! THE LATTER TWO ALSO REFERRED TO THE WRONG KIDNEY. AS FAR AS MY KIDNEY CYST, I HAD A CYST ✗ ON THE LOWER POLE OF MY LEFT KIDNEY FOUND DURING A CT SCAN PERFORMED OVER FOURTEEN (14) MONTHS AGO. THE RESULTS STATED THAT THE CYST APPEARS BENIGN. HOWEVER, HEALTH SERVICES, AT FCI GILMER, WV, FAILED TO PERFORM/ORDER TESTS TO CONFIRM THIS. THIS IS SIGNIFICANT IN LIGHT OF THE FACT THAT THE PAIN IN MY LEFT KIDNEY AREA WORSENED, AFTER URINATION, IN JUNE 2019. THEY COULD HAVE EASILY ORDERED AN ULTRASOUND TO SEE IF I HAVE A KIDNEY STONE, A STONE IN MY LEFT URETER, AND/OR TO SEE IF THE CYST HAS INCREASED IN SIZE. YET, THEY FAILED TO DO THIS. EA WILSON AND THE X-RAY TECHNICIAN KEEP STATING THAT THIS DARK SPOT ON THE X-RAY, ON MY LEFT SIDE, IS GAS OR STOOL. IT CAN'T BE BOTH. GAS (BOWEL GAS) WILL SHOW UP DARK. A SIMPLE CYST WILL ALSO SHOW UP DARK SINCE IT IS FILLED WITH LIQUID. STOOL IS SOLID AND WILL SHOW UP IN SOME SHADE OF GRAY BECAUSE IT IS DENSER THAN GAS. I TOOK THE SULFALATE (1 GM)....

ATTACHMENTS: ★TEXT REQ-10-27-19, ★SICK CALL SLIPS (6-24-19, 10-18-19, 11-8-19), ★EKG-10-21-19, ★TS (11-5-19 2EA)
★ATS (11-10-19 9PGS) ★REC ATTACHED ★ BENIGN CYST - 1PG  BP-9 1PG - 1PG REG - 14 PGS

11-24-2019                    See Continuation Page...
DATE                                          SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED
DEC 03 2019
Administrative Remedy Section
Federal Bureau of Prisons

 

 

         DATE                    GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 986154-A1

Part C - RECEIPT                   CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT        INSTITUTION
SUBJECT: _____

    DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                          PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

1/3
20

*(handwritten top:)* UNIT OFFICER (C-3) DROPPED IT AT MY CELL (219), ON 1-3-2020, AT 1319, WITHOUT THE ENVELOPE, MR. MEADOWS SAID IT WAS "IN THE DARK AREA" - STAFF AREA BETWEEN C-3 AND C-4 UNITS

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 13, 2019

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSEPH RANDOLPH MAYS, 43487-007
      GILMER FCI    UNT: C    QTR: C03-219U
      P.O. BOX 5000
      GLENVILLE,  WV 26351


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 986154-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED  : DECEMBER 3, 2019
SUBJECT 1      : OTHER MEDICAL MATTERS
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT SUBMIT PROPER NUMBER OF CONTINUATION PAGES
                 WITH YOUR REQUEST/APPEAL.  2 - WARDEN'S LEVEL; 3 -
                 REGIONAL LEVEL; AND 4 - CENTRAL OFFICE LEVEL.  THE
                 NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 2: YOU DID NOT SUBMIT THE CORRECT NO. OF COPIES OF THE
                 ATTACHMENTS (NEW DOCUMENTATION NOT CONSIDERED BY LOWER
                 LEVELS).  2 AT INSTITUTION; 3 AT REGION; AND 4 AT CENTRAL
                 OFFICE.  THE NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 4: SEE REMARKS.

REMARKS        : MISSING ONE COPY OF CONTINUATION PAGE. PROVIDE FOUR
                 COPIES OF ALL ATTACHMENTS REFERENCED IN YOUR BP-11.

*(handwritten:)* BASICALLY, I AM DENIED MEDICAL ATTENTION/TREATMENT BECAUSE I AM MISSING COPIES OF PAPER WORK. WHAT HAPPENED TO YOUR DUTIES UNDER 18 U.S.C. § 4042(a)(2) TO PROVIDE FOR MY CARE?

It is Impossible for me to be able to resubmit this grievance within 15 days when:

1) C-3/C-Unit Manager Clem and others are intentionally withholding my grievances from me and taking the original envelope, thereby denying me an opportunity (a FAIR ONE) to respond within the requested time frame.

2) The Mid-Atlantic and Central office of the FBOP allow him to do this repeatedly (See new attachments) - He held it for over ten (10) days ↳ C-Unit Manager Clem this time. JRM

*** THIS IS ALSO - Interference with my access to medical treatment and to the courts

⊕ - Ian Connors, I am making YOU aware of this in order for you to do your job and report this violation/these violations as required by your Standard of Conduct. JRM

**21A**

JOSEPH R. MAYS  43487-007      FCI GILMER, WV        November 24, 2019

Continuation Page - BP-11 (RE: ONGOING DELAY OF / DENIAL OF MEDICAL TREATMENT)
(RE: REMEDY ID NUMBER: 986154-R1)

... WHICH WAS PRESCRIBED BY DR. ANDERSON FIFTEEN (15) MONTHS LATE, FROM 8-4-2019 TO 9-13-2019. IT MADE MY STOMACH/ABDOMINAL PAIN WORSE. SO MUCH SO THAT, ON 9-14-2019 AND 9-15-2019, I HAD TO TAKE PEPTO-BISMOL TO RELIEVE THE PAIN. I SAW THE GI SPECIALIST ON 9-17-2019, SHE TOLD ME TO STOP TAKING IT. I TOOK A FIBER LAXATIVE, AS RECOMMENDED BY THE SPECIALIST, FROM 9-29-2019 TO 10-15-2019. I HAD TO STOP TAKING IT BECAUSE MY STOMACH/ABDOMINAL PAIN INCREASED (UP TO 9-10 ON A SCALE OF 1 TO 10) AND I STARTED HAVING CHEST PAINS. I WENT TO SICK CALL ON 10-18-2019, BUT WAS PUT ON THE CALLOUT FOR 1290 ON 10-21-2019!!! A URINALYSIS WAS DONE, WHICH HAD A pH LEVEL OF 5.0 (LOWER LIMIT OF NORMAL) AND A TRACE OF PROTEIN. I ALSO HAD AN EKG DONE. IT (RESULTS) WERE BORDERLINE. IT SHOWS I HAVE BRADYCARDIA (ABNORMALLY SLOW HEART RATE) AND INCOMPLETE RIGHT BRANCH BUNDLE BLOCK. CHEST PAINS ARE AN URGENT CARE ISSUE!! I MADE HSA MOORE AWARE OF MY CHEST PAINS AND MY CYANOSIS (BLUISH DISCOLORATION OF MY HANDS AND FEET DUE TO A LACK OF OXYGEN IN MY BLOOD). I SHOWED HER MY HANDS AND TOLD HER ABOUT THE PAIN IN MY LEFT KIDNEY AREA AND THE CYST (IN THAT SAME KIDNEY). HER REPLY WAS THAT IT WAS "OLD AGE." I TOLD HER THAT IT WASN'T OLD AGE AND THE BLUE COLOR MEANT THAT MY HEART AND/OR LUNGS IS NOT GETTING OXYGEN TO MY BLOOD/BODY. SHE ASKED ME TO GO TO SICK CALL. I RETURNED TO SICK CALL ON 11-8-2019, AS DIRECTED BY HS MOORE. HOWEVER, EVEN DESPITE WRITING "CHEST PAINS" AND "CYANOSIS" (BLUE HANDS) ON THE SICK CALL FORM AND IN THE SICK CALL LOG BOOK, EMT JESSICA HAMLIN TOLD ME I WOULD BE PLACED ON THE CALLOUT. I WAS NOT PLACED ON THE CALLOUT THE FOLLOWING WEEK NOR WAS ANY FOLLOW-UP CONDUCTED DURING LOCKDOWN FROM 11-16-2019 TO 11-24-2019. I AM <u>STILL</u> EXPERIENCING CHEST PAINS AND CYANOSIS.

THE WARDEN AND THE MID-ATLANTIC REGIONAL OFFICE ARE NOT TAKING INTO ACCOUNT HOW MUCH DELAYS IN EXPEDITING THE DIAGNOSIS AND TREATMENT OF MY MEDICAL CONDITIONS HAS DEGRADED MY HEALTH. THEY ARE EVEN BEING WANTONLY, MALICIOUSLY, AND DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS. TO EMPHASIZE THE LATTER, CYANOSIS IS A BLUISH DISCOLORATION OF THE SKIN CAUSED BY A LACK OF OXYGEN IN THE BLOOD. THAT MEANS SOMETHING IS NOT NORMAL IN MY BODY AND MY BODY PARTS ARE BEING DEPRIVED OF OXYGEN, WHICH IS ESSENTIAL FOR <u>ALL</u> CELLS IN THE BODY TO <u>SUSTAIN LIFE</u>. I AM DEMANDING THAT I BE TAKEN TO THE HOSPITAL IMMEDIATELY TO DIAGNOSE AND TREAT MY MEDICAL CONDITION(S) AND RESTORE MY LIFE AND HEALTH TO NORMAL.

RESPECTFULLY SUBMITTED

JOSEPH R. MAYS

---

**21B**

CERTIFIED MAIL RECEIPT #:  7019 0700 0005 5194 6199
1/3   U.S. Department of Justice
②    7018 2290 0000 1198 5566
Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

RE: ONGOING DELAY OF / DENIAL OF MEDICAL TREATMENT
RE: REMEDY ID NUMBER: 986154-R1    REG. EXT. ON 10-21-2019

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.  * I SHOULD NOT BE RETAINING AGAINST FOR FILING THIS GRIEVANCE R'S
(3B) PAGES

From: MAYS, JOSEPH R.       43487-007    C-3/219U    FCI GILMER, WV
         LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**  I AM APPEALING THE MID-ATLANTIC REGIONAL OFFICE'S RESPONSE TO MY GRIEVANCE. THEY, ALONG WITH ASSOCIATE WARDEN R. THOMPSON AND WARDEN R. HUDGINS ARE IGNORING THE FACT THAT I HAVE BEEN SUFFERING IN PAIN (STOMACH/ABDOMINAL AND LEFT KIDNEY PAIN) FOR NEARLY TWO (2) YEARS!! THE LATTER TWO ALSO REFERRED TO THE WRONG KIDNEY. AS FAR AS MY KIDNEY CYST, I HAD A CYST ON THE LOWER LOBE OF MY LEFT KIDNEY FOUND DURING A CT SCAN PERFORMED OVER FOURTEEN (14) MONTHS AGO. THE RESULTS STATED THAT THE CYST APPEARS BENIGN. HOWEVER, HEALTH SERVICES, AT FCI GILMER, WV, FAILED TO PERFORM [ORDER] TESTS TO CONFIRM THIS. THIS IS SIGNIFICANT IN LIGHT OF THE FACT THAT THE PAIN IN MY LEFT KIDNEY AREA WORSENED, AFTER URINATION, IN JUNE 2019. THEY COULD HAVE EASILY ORDERED AN ULTRASOUND TO SEE IF I HAVE A KIDNEY STONE, A STONE IN MY LEFT URETER, AND/OR TO SEE IF THE CYST HAS INCREASED IN SIZE. YET, THEY FAILED TO DO THIS. PA WILSON AND THE X-RAY TECHNICIAN KEEP STATING THAT THE DARK SPOT ON THE X-RAY, ON MY LEFT SIDE, IS GAS OR STOOL. IT CAN'T BE BOTH. GAS (BOWEL GAS) WILL SHOW UP DARK. A SIMPLE CYST WILL ALSO SHOW UP DARK SINCE IT IS FILLED WITH LIQUID. STOOL IS SOLID AND WILL SHOW UP IN SOME SHADE OF GRAY BECAUSE IT IS DENSER THAN GAS. I TOOK THE SULFALATE (1 GM)...

ATTACHMENTS: *TEXT REQ - 10-21-19, * SICK CALL SLIPS (6-2019, 10-18-19, 11-8-19), * EKG - 10-21-19, RTS (11-5-19 2 PGS) *
11-24-2019          See Continuation Page...          SIGNATURE OF REQUESTER
DATE

**Part B - RESPONSE**

RECEIVED
DEC 03 2019
Administrative Remedy Section
Federal Bureau of Prisons

DATE                                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 986154-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                                          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                       BP-231(13)
                                              JUNE 2002

1/3
(4)

JOSEPH R. MAYS 43427-007    FCI GILMER, WV    22    November 24, 2019

Continuation Page - BP-11 (RE: ONGOING DELAY OF/DENIAL OF MEDICAL TREATMENT)
(RE: REMEDY ID NUMBER: 986154-R1)

... WHICH WAS PRESCRIBED BY DR. ANDERSON FIFTEEN (15) MONTHS LATE, FROM 8-9-2019 TO 9-13-2019. IT MADE MY STOMACH/ABDOMINAL PAIN WORSE, SO MUCH SO THAT, ON 9-14-2019 AND 9-15-2019, I HAD TO TAKE PEPTO-BISMOL TO RELIEVE THE PAIN. I SAW THE GI SPECIALIST ON 9-17-2019, SHE TOLD ME TO STOP TAKING IT. I TOOK A FIBER LAXATIVE, AS RECOMMENDED BY THE SPECIALIST, FROM 9-29-2019 TO 10-15-2019. I HAD TO STOP TAKING IT BECAUSE MY STOMACH/ABDOMINAL PAIN INCREASED (UP TO 9-10 ON A SCALE OF 1 TO 10) AND I STARTED HAVING CHEST PAINS. I WENT TO SICK CALL ON 10-18-2019, BUT WAS PUT ON THE CALLOUT FOR 1230 ON 10-21-2019!!! A URINALYSIS WAS DONE, WHICH HAD A pH LEVEL OF 5.0 (LOWER LIMIT OF NORMAL) AND A TRACE OF PROTEIN. I ALSO HAD AN EKG DONE. IT (RESULTS) WERE BORDER-LINE. IT SHOWS I HAVE BRADYCARDIA (ABNORMALLY SLOW HEART RATE) AND INCOMPLETE RIGHT BRANCH BUNDLE BLOCK. CHEST PAINS ARE AN URGENT CARE ISSUE!! I MADE HSA MOORE AWARE OF MY CHEST PAINS AND MY CYANOSIS (BLUISH DISCOLORATION OF MY HANDS AND FEET DUE TO A LACK OF OXYGEN IN MY BLOOD). I SHOWED HER MY HANDS AND TOLD HER ABOUT THE PAIN IN MY LEFT KIDNEY AREA AND THE CYST (IN THAT SAME KIDNEY). HER REPLY WAS THAT IT WAS "OLD AGE." I TOLD HER THAT IT WASN'T OLD AGE AND THE BLUE COLOR MEANT THAT MY HEART AND/OR LUNGS IS NOT GETTING OXYGEN TO MY BLOOD/BODY. SHE ASKED ME TO GO TO SICK CALL. I REPORTED TO SICK CALL ON 11-8-2019, AS DIRECTED BY MS MOORE. HOWEVER, EVEN DESPITE WRITING "CHEST PAINS" AND "CYANOSIS" (BLUE HANDS) ON THE SICK CALL FORM AND IN THE SICK CALL LOG BOOK, EMT JESSICA HOUGH TOLD ME I WOULD BE PLACED ON THE CALLOUT. I WAS NOT PLACED ON THE CALLOUT THE FOLLOWING WEEK NOR WAS ANY FOLLOW-UP CONDUCTED DURING LOCKDOWN FROM 11-16-2019 TO 11-24-2019. I AM _STILL_ EXPERIENCING CHEST PAINS AND CYANOSIS.

THE WARDEN AND THE MID-ATLANTIC REGIONAL OFFICE ARE NOT TAKING INTO ACCOUNT HOW THEIR DELAYS IN EXPEDITING THE DIAGNOSIS AND TREATMENT OF MY MEDICAL CONDITIONS HAS DEGRADED MY HEALTH. THEY ARE CALLOUSLY, WANTONLY, MALICIOUSLY, AND DELIBERATE-LY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS. TO EMPHASIZE THE LATTER, CYANOSIS IS A BLUISH DISCOLORATION OF THE SKIN CAUSED BY A LACK OF OXYGEN IN THE BLOOD. THAT MEANS SOMETHING IS NOT NORMAL IN MY BODY AND MY BODY PARTS ARE BEING DEPRIVED OF OXYGEN, WHICH IS ESSENTIAL FOR _ALL_ CELLS IN THE BODY TO _SUSTAIN LIFE_. I AM DEMANDING THAT I BE TAKEN TO THE HOSPITAL IMMEDIATELY TO DIAGNOSE AND TREAT MY MEDICAL CONDITION(S) AND RESTORE MY LIFE AND HEALTH TO NORMAL.

RESPECTFULLY SUBMITTED

Joseph R. Mays

*29A*

RECEIVED FROM FCI GILMOR C-3 UNIT COUNSELOR A. SLICAR DURING THE NOON MAINLINE ON 3-5-2020, JRM

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 5, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSEPH RANDOLPH MAYS, 43487-007
      GILMER FCI     UNT: C     QTR: C03-219U

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 986154-A2
DATE RECEIVED   : FEBRUARY 14, 2020
RESPONSE DUE    : APRIL 14, 2020
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :

---

*29B*

RECEIVED FROM FCI GILMER C-3 UNIT COUNSELOR A. SLICAR DURING THE NOON MAINLINE ON 3-5-2020 JRM

EXTENSION OF TIME FOR RESPONSE - ADMINISTRATIVE REMEDY

DATE: MARCH 5, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSEPH RANDOLPH MAYS, 43487-007
      GILMER FCI     UNT: C     QTR: C03-219U

ADDITIONAL TIME IS NEEDED TO RESPOND TO THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW.  WE ARE EXTENDING THE TIME FOR RESPONSE AS PROVIDED
FOR IN THE ADMINISTRATIVE REMEDY PROGRAM STATEMENT.

REMEDY ID       : 986154-A2
DATE RECEIVED   : FEBRUARY 14, 2020
RESPONSE DUE    : APRIL 14, 2020
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :

24A

A. Sig—
8/30/19

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI/FPC GILMER
GLENVILLE, WEST VIRGINIA

8-30-2019

The Bureau of Prisons Program Statement on Administrative Remedy Procedures for Inmates states that before an inmate seeks formal review of a complaint, he must try to resolve the complaint informally by presenting it to a staff member. The staff member must also try to resolve the complaint "informally" before the inmate will be given an Administrative Remedy Form.

INMATE'S NAME: MAYS, JOSEPH R.    REG. NO. 43487-007    UNIT: C-3/214

Deliberate Indifference to my serious Medical Needs/
1. Specific Complaint: Continued delay of diagnosis and treatment of kidney Area Pain

PA Wilson, on 8-12-2019 was deliberately indifferent to my serious medical needs when she stated for me to file an Administrative Remedy instead of following up with a lab about the history (RE: diabetic ketoacidosis) and/or moving up my appointment with the GI specialist since she/they (Health Services) told me to tell the GI specialist about my kidney issues. I continue to suffer in pain for

2. Relief Requested:
   * IMMEDIATE DIAGNOSIS AND TREATMENT OF MY KIDNEY AREA PAIN

3. Date/Time Complaint received from inmate:  8/30/19
4. Date/Time Informally discussed with inmate:  9/5/19
5. Staff Response:

   See attached

6. Date Administrative Remedy provided:  8/30/19
7. Informal Resolution ☐ was or ☐ was not accomplished.

43487-007                          9-5-2019
Inmate Signature/Register Number            Date

R. Grove, AHSA                     9-5-19
Staff Member's Name & Title                 Date

                                   9-5-19
Unit Manager's Signature                    Date

DISTRIBUTION: If the complaint is informally resolved before being receipted, the Correctional Counselors shall maintain the informal resolution form for future reference. If the complaint is not informally resloved, forward the original resolution form, attached to the Administrative Remedy Clerk.

24B

BP8 Reply

This is declined based on inmate currently has a BP 9 answered in regards to this same complaint.

R. Grove,
AHSA
09-05-2019

25A

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

★★ RE: DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS ★★
★★ RE: DELAY OF DIAGNOSIS AND TREATMENT OF LEFT KIDNEY AREA PAIN ★★

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

(13) PAGES ★NOTE: I SHOULD NOT BE RETALIATED AGAINST (JOB LOSS, TRANSFER, ETC.) FOR FILING THIS GRIEVANCE ★

From: MAYS, JOSEPH R.        43487-007        C-3/219U        FCI GILMER, WV
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A– INMATE REQUEST THIS GRIEVANCE IS PRESENTED TO REPORT THE DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS, BY ASSISTANT HEALTH SERVICES ADMINISTRATOR MS. R. GROVE, SHE DECLINED A RESOLUTION TO THE BP-8 FILED AGAINST HER ON 8-30-2019. SHE STATED THAT THE BP-8 WAS DECLINED BASED ON THEIR (HEALTH SERVICES) HER RESPONSE TO A CURRENT BP-9 (REMEDY ID NO.: 986154-F1). THAT BP-9 IS BASED UPON ACTUAL/FACTUAL DELAYS IN MEDICAL CARE FOR THE TREATMENT OF MY STOMACH/ABDOMINAL AND KIDNEY (LEFT) AREA PAIN PRIOR TO 6-27-2019, WHICH IS THE DATE ON THAT BP-9 FORM. ★ NOTE: I DID NOT RECEIVE TREATMENT (SUCRALFATE) FOR MY STOMACH/ABDOMINAL PAIN UNTIL 7-25-2019, WHICH WAS AFTER I HAD FILED THAT GRIEVANCE. THIS BP-9 IS BASED UPON NEW DELAYS AND FAILURES TO FOLLOW UP ON THE URINALYSIS (LAB ID No.: 175 080819 @ 1320) THAT WAS CONDUCTED BY EMT JESSICA HOUFMAN. (I WAS ALSO DIRECTED BY MS. GROVE TO FILE AN ADMINISTRATIVE REMEDY.) THAT LAB RESULT SHOWED TRACES OF KETONES IN MY URINE. BY PROXY, IF THERE ARE KETONES (ACIDS) IN MY URINE, THEN THERE ARE KETONES IN MY BLOOD. THE JOB OF THE KIDNEY IS TO FILTER THE IMPURITIES AND CHEMICALS, LIKE EXCESS SODIUM, FROM THE BLOOD. KETONES ARE ACIDS THAT FORM IN THE BLOOD...
ATTACHMENTS: BP-8 dated 8-30-19 (2) PAGES ★ELECTRONIC REQUEST TO STAFF (RESPONSE) DATED 8-12-19 (4) EIGHT ★ ELECTRONIC REQUEST TO STAFF (RESPONSE) DATED 6-20-19 (2) PAGES

9-11-2019        See Continuation Page...                    [signature]
DATE                                                SIGNATURE OF REQUESTER

Part B– RESPONSE

Received

DEC 26 2019

Bureau of Prisons
MARO Regional Counsel

DATE _____    WARDEN OR REGIONAL DIRECTOR _____

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE            CASE NUMBER: 992606-R1
                                      CASE NUMBER: 992606-F1

Part C– RECEIPT

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

---

25B

JOSEPH R. MAYS        43487-007        FCI Gilmer, WV        September 11, 2019

Continuation Page - BP-9 (Deliberate Indifference to My Serious Medical Needs)
(Delay of Diagnosis and Treatment of Kidney Area Pain)

WHEN YOUR BODY BREAKS DOWN FATS FOR ENERGY BECAUSE THERE IS NOT ENOUGH INSULIN TO PROCESS THE GLUCOSE. KETONES ARE ALSO A SYMPTOM OF DIABETIC KETOACIDOSIS, WHICH IS A CONDITION THAT, IF LEFT UNTREATED, CAN BE FATAL (2014 U.S. Dist LEXIS 116999:: Stroud v. Comm'r of SSA:: August 18, 2014).

PA WILSON IS ALSO AWARE OF THE KETONES BECAUSE SHE SIGNED THE CLINICAL ENCOUNTER ON 8/12/2019 AT 10:46 AM. SHE IS ALSO THE PERSON THAT TOLD ME THAT I NEED TO TELL THE GI SPECIALIST ABOUT MY KIDNEY PAIN ISSUES. AND, SINCE SHE AND DR. ANDERSON HAVE NOT EXPEDITED MY GI CONSULTATION, THEY ARE DIRECTLY RESPONSIBLE FOR THE DELAY IN TREATING MY LEFT KIDNEY AREA PAIN AND ARE DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS (CHRONIC PAIN). THEY, ALONG WITH MS. GROVE, ARE SUBJECTING ME TO CRUEL AND UNUSUAL PUNISHMENT, IN VIOLATION OF THE EIGHTH AMENDMENT OF THE CONSTITUTION, BY FAILING TO ADDRESS MY LEFT KIDNEY AREA PAIN. THEY ARE ALSO DELIBERATELY INDIFFERENT TO THE POSSIBILITY OF FUTURE HARM— LOSS OF KIDNEY FUNCTION OR OTHER ORGANS OR ORGAN SYSTEMS OR EVEN DEATH. ALL IT WOULD HAVE TAKEN TO ADDRESS THE KETONES ISSUE WAS TO CONDUCT AT LEAST TWO FOLLOW-UP URINALYSES TO SEE IF KETONES ARE STILL PRESENT IN MY URINE AND MY BLOOD. I, DUE TO MY INCAR- CERATION, AM NOT ABLE TO PROVIDE FOR MY OWN MEDICAL CARE AND MUST RELY ON PRISON OFFICIALS TO PROVIDE TREATMENT FOR ME.- ESTELLE V. GAMBLE, 429 U.S. 97, 103 (1976). MS. GROVE, PA WILSON, DR. ANDERSON, AND OTHER MEDICAL STAFF AT FCI GILMER, WV ARE BOUND BY FEDERAL LAW (18 USC § 4042 (a)(2)) TO PROVIDE MEDICAL CARE TO INMATES. THEY DO NOT HAVE THE DISCRETION TO REFUSE TO TREAT MY PAIN. NOR ARE THEY ALLOWED TO USE THIS DENIAL AS A MEANS OF RETALIATING AGAINST ME FOR FILING A GRIEVANCE (REMEDY ID NO: 986154-F1) FOR DELAYS IN TREATMENT PRIOR TO 6-27-2019.

AS RELIEF. I AM REQUESTING FOLLOW-UP URINALYSIS AND BLOOD TESTS TO SEE IF I STILL HAVE KETONES IN MY BLOOD AND URINE. I AM ASKING FOR A REPRIMAND AGAINST MS. GROVE FOR DELIBERATELY REFUSING TO ADDRESS AN ISSUE (KETONES) THAT CAN BE POTENTIALLY LIFE-THREATENING FOR ME. ESPECIALLY CONSIDERING THE FACT THAT I AM A CHRONIC CARE PATIENT WITH DIABETES. I AM ALSO REQUESTING TO BE SEEN BY THE GI SPECIALIST IMMEDIATELY SO THEY CAN RESOLVE THE/MY HEALTH ISSUES THAT HEALTH SERVICES, AT FCI GILMER, WV REFUSES TO ADDRESS AND TREAT. THIS REQUEST IS DUE TO PA WILSON'S INSISTENCE THAT I TELL THE GI SPECIALIST ABOUT MY KIDNEY PAIN ISSUES.

RESPECTFULLY SUBMITTED,

[signature]
JOSEPH R. MAYS
43487-007
C-3/219U

㊲ 26A

*RECEIVED FROM C-3 UNIT OFFICER SPROUSE ON 10-29-2019 AT 1733 pm*

7018 2290 0000 1198 7355    26B

FEDERAL CORRECTIONAL INSTITUTION-GILMER, GLENVILLE, WV    2(4 ⑤1)
PART B - RESPONSE TO INSTITUTION ADMINISTRATIVE REMEDY

Date Filed: October 2, 2019          Remedy ID No. 992661-F1

Your Request for Administrative Remedy #992661-F1 was received on
October 2, 2019. You state your lab results showed trace ketones
in your urine and medical has not addressed it properly and you want
to be seen by the gastroenterologist immediately.

A review into this matter reveals you were seen by the
gastroenterologist on September 17, 2019, who educated you on diet
choices and portion control. A recommendation for a colonscopy was
made by the gastroenterologist and a consult for this procedure has
been approved and is pending scheduling. Routine labs will be
collected near or prior to your next chronic care clinic appointment
as the last lab/urinalysis results (although a trace amount of ketones
were present) were within normal limits.

This response is provided for informational purposes only.

If dissatisfied with this response, you may appeal to the Regional
Director, Federal Bureau of Prisons, Mid-Atlantic Regional Office,
302 Sentinel Drive, Suite 200, Annapolis Junction, MD 20701. Your
appeal must be received in the Regional Office within 20 calendar
days from the date of this response.

R Huddins, Warden          10-21-19
                           Date

---

CERTIFIED MAIL RECEIPT #:          JOSEPH R. MAYS 43487-007
7018 2290 0000 1198 7355          FEDERAL CORRECTIONAL INSTITUTION- GILMER
                                   PO BOX 6000
                                   GLENVILLE, WV 26351-6000

LEGAL MAIL                                          10-28-2019

Regional Director                                  page 1 of 1

Mid-Atlantic Regional Office

302 Sentinel Drive Suite 200

Annapolis Junction, MD 20701


Attention Regional Director:


    Hello. I am requesting an extension of time to file
my BP-10. I received the response to my grievance (Remedy
ID Number: 986154-R   92661-F1 ), dated 9-11- 10-22, 2019, on 10-29-2019
at 1733, from C-3 Unit Officer Sprouse, at FCI Gilmer, WV.


    This extension is necessary due to the unavailability of the
Inmate Copier for the entire month of October 2019 to date
and the unavailability of my Unit Counselor, Mr. Sligar,
during the week. I work at UNICOR and I cannot take
off whenever I want without approval (i.e. a callout, etc.).
Compared to earlier in the year, he has been unavailable as
opposed to my usually being able to see him Tuesday through
Thursday mornings prior to going to UNICOR.


    Therefore, I am, respectfully, requesting an extension of
time to file my BP-10 with this office.

        Respectfully submitted

        Joseph R. Mays 43487-007

**Regional Administrative Remedy Appeal**

① CERTIFIED MAIL RECEIPT #:   ✱ COPIER DOWN FROM 12-6-2019 to 12-18-2019 ✱

U.S. Department of Justice   7018 2290 0000 1198 7362 RE: REMEDY ID 992661-F1

Federal Bureau of Prisons   ✱✱ RE: DELIBERATE INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS ✱✱
✱✱ RE: DELAY OF DIAGNOSIS AND TREATMENT OF LEFT KIDNEY AREA PAIN ✱✱

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal. ✱ NOTE: I SHOULD NOT BE RETALIATED AGAINST (JOB LOSS; TRANSFER; ETC) FOR FILING THIS GRIEVANCE

d'(50) PAGES
From: (51) JRM  MAYS, JOSEPH R.     43487-007     C-3/219U     FCI GILMER, WV
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

Part A - REASON FOR APPEAL  I AM APPEALING THE WARDEN'S RESPONSE, DATED 10-21-2019, TO MY GRIEVANCE (REMEDY ID NUMBER 992661-F1). I HAVE STRESSED THE URGENCY OF MY MEDICAL SITUATION AS FAR AS THE PRESENCE OF KETONES IN MY BLOOD. JUST THE FACT THAT I HAVE KETONES SHOWS THAT THERE ARE KETONES IN MY BLOOD, WHICH IS FILTERED BY THE KIDNEYS, WHICH EXCRETE URINE. THE PRESENCE OF KETONES, ESPECIALLY AN ABUNDANCE OF THEM, IS INDICATIVE OF KETOACIDOSIS, WHICH, IF LEFT UNTREATED, CAN LEAD TO DIABETIC COMA OR DEATH. A pH OF 5.0 MAY BE OKAY FOR MOST PEOPLE, BUT FOR ME, IT IS PROBLEMATIC BECAUSE I TAKE ASPIRIN. THE KIDNEYS CANNOT SUFFICIENTLY FILTER OUT SALICYLIC ACID (BY-PRODUCT OF ASPIRIN) WHEN THE pH DIPS BELOW 6.5. SEE ATTACHMENT ⑳ BELOW - TITLE 21 CFR § 343.80 - FOR TECHNICAL INFORMATION AND WARNINGS AND ADVERSE REACTIONS. NONE OF THIS HAS BEEN TAKEN INTO ACCOUNT BY DR. ANDERSON, PA WILSON, DR. PLANO, DR. KIRBY, HSA MOORE, AHSA R. GROVE AND OTHERS. THE WARDEN SPOKE ABOUT PORTION CONTROL BUT FAILED TO TAKE INTO ACCOUNT THAT WE (INMATES) CANNOT TAKE TRAYS BACK TO THE UNIT. I EITHER EAT ALL I AM GOING TO EAT WHEN I AM IN THE CHOW HALL OR I WON'T BE ABLE TO EAT AT ALL. THIS OTHER ISSUE IS THAT I STILL, SINCE REQUESTING IT...

ATTACHMENTS: SICK CALL REQUESTS (7-24-19, 8-5-19, 8-6-19, 8-12-19, 9-2-19 (5)PGS) CALLOUTS (11/12/19, 11/13/19)(2)PGS RTS ( 8-7-19 (2EG's), 8-7-19 (2EG's), 10-6-19 (2 EG'S), 10-21-19 (2EG's), 11-5-19 (2EG's), 11-10-19 (4)EG'S) TITLE 21 CFR § 343.80 (3)PGS( CLINICAL ENCOUNTER (8-8-14 (3)PGS)   BOP PS 6031.04 (2)PGS   PAPER RTS-AR.CWM - 11-5-19 (1)PG

12-5-2019     REQ 4 EXT (10-20-14 (1)PG)     MAILROOM - 11-4-19 (1)PG
DATE     See Continuation Page...     [signature]     SIGNATURE OF REQUESTER

Part B - RESPONSE

DEC 2 6 2019

DATE _____     REGIONAL DIRECTOR _____

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE     CASE NUMBER: 1002171-R1

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE _____     [initials]     SIGNATURE, RECIPIENT OF REGIONAL APPEAL     BP-230(13)

---

② CERTIFIED MAIL RECEIPT #
7018 2290 0000 1198 7362
27B     214 ⑯

JOSEPH R. MAYS     43487-007     FCI Gilmer, WV     December 5, 2019

RE: Remedy ID Number: 992661-F1

Continuation Page - BP10 ( Deliberate Indifference to My Serious Medical Needs )
( Delay of Diagnosis and Treatment of Kidney Area Pain )

..., initially, in April 2018, do not have/have not been put on a special diet. A special diet MUST be authorized by Health Services. However, they have failed to put me on/provide me with one, even despite the [patient] instructions from the GI specialist. EMT Bremar wrongfully associated, on September 23, 2019, the BOP's "Heart Healthy" menu with what is "Stomach Healthy" for me. I informed him that a lot of the meals are prepared with an abundance of onions and bell peppers. His reply was, "Pick the onions and peppers out." It doesn't matter if I pick them out physically because they are cooked INTO the food chemically. This is cruel and unusual punishment because I CAN'T choose what to eat or how to prepare it due to my incarceration. Therefore, I will NEVER be able to heal my stomach because I will always be eating foods I am not supposed to eat against my will - I HAVE TO EAT to live. The other side of that issue is the institution water, which upsets my stomach, when I drink it in the morning with my medicine (Omeprazole 20mg x 2). Additionally, the Warden and Health Services have no sense of urgency about my situation, especially since I started experiencing cyanosis (bluish discoloration of the skin due to a lack of oxygen in the blood) on/about September 7, 2019 and chest pains, after taking a fiber laxative for approximately two weeks, on October 15, 2019. As relief, I am demanding immediate diagnosis and treatment of my condition(s), including BPH, which has been overlooked entirely since its discovery on September 18, 2018. I have had stomach and kidney pain since February 2018!!!

Respectfully submitted,
[signature]
Joseph R. Mays
43487-007

NOTE: Final delay in mailing this out was due to Unit Manager (C-Unit) Clem's failure to approve the purchase of extra stamps for my legal mail last week.

RECEIVED 1/13/2020 @ 1707 FROM C-3 UNIT OFFICER GRAFF.

2B

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 8, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : JOSEPH RANDOLPH MAYS, 43487-007
      GILMER FCI    UNT: C    QTR: C03-219U
      P.O. BOX 5000
      GLENVILLE, .WV 26351


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


  REMEDY ID      : 992661-R1      REGIONAL APPEAL
  DATE RECEIVED  : DECEMBER 26, 2019
  SUBJECT 1      : OTHER MEDICAL MATTERS
  SUBJECT 2      :
  INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR  A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU DID NOT SUBMIT YOUR REQUEST OR APPEAL ON THE PROPER
                 FORM (BP-9, BP-10, BP-11) (CIRCLE ONE)

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.


* MID-ATLANTIC REGION ADMINISTRATIVE REMEDY COORDINATOR H. WILLIAMS INTENTIONALLY
SEPARATED THE BP-10 AND THE BP-9 PACKAGE. THEY SEPARATED THE BP-9 FROM
THE BP-10 PACKAGE. THEY DID THIS IN ORDER TO THWART MY EFFORTS TO
EXHAUST MY GRIEVANCE.

* THE TOTAL NUMBER OF PAGES IN BOTH ENVELOPES IS 51, WHICH CORRESPONDS
TO THE SINGLE ENVELOPE I SENT VIA CERTIFIED MAIL: 7018 2290 0000 1190 7352.
THIS PACKET/ENVELOPE HAS 25 PAGES.

* THEY ALSO PUT THE INCORRECT SUBJECT/ABSTRACT. IT SHOULD READ/SAY "DELIBERATE
INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS" AND " DELAY OR DIAGNOSIS AND
TREATMENT OF LEFT KIDNEY AREA PAIN.



U.S. Department of Justice
Federal Bureau of Prisons
Mid-Atlantic Regional Office

302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701

Official Business

$ 001.75⁰

② *** BP-9 + REJECTION NOTICE PACKAGE (ONLY) ***

RECEIVED 1/13/2020 @ 1707 FROM
C-3 UNIT OFFICER GRAHM. JM

29

**TO:**

REJECTION NOTICE - ADMINISTRATIV

DATE: JANUARY 8, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
MID-ATLANTIC REGIONAL OFFICE

TO : JOSEPH RANDOLPH MAYS, 43487-007

⊛ CONTAINS 26 PAGES OUT OF ORIGINAL 51 SUBMITTED JRM
DECLARE PURSUANT TO 28 U.S.C. § 1746 1-13-2020
AT FCI GILMER, WV IN GLENVILLE, WV

⊛ PAGES (REMAINING) WERE INTENTIONALLY REMOVED AND SENT IN
A SEPARATE (THIS) ENVELOPE AND WRONGFULLY STATED THAT I
DID NOT SUBMIT MY REQUEST ON THE PROPER FORM (BP-10 IS CIRCLED).
THE BP-10 IS IN ENVELOPE #1 (ONE).

THE ORDER OF PAGES IN THIS ENVELOPE ARE AS FOLLOWS:

PAGES 40-51 - BEGINNING WITH THE BP-9 FORM;

PAGES 26-39 - BEGINNING WITH PAGES 3 AND 4 OF THE ELECTRONIC
"REQUEST TO STAFF" DATED 11-20-2019 (THIS REQUEST WAS SPLIT WHICH
IS EVIDENCE THAT THIS ACTION WAS NOT THOUGHT THROUGH - MALICIOUS).

* ALL OF THE PAGES ARE NUMBERED AS FOLLOWS: # (i.e. ①, ②, etc.) JRM
AND THE TOTAL NUMBER OF PAGES ON THE CERTIFIED MAIL RECEIPT
IS 51, WHICH MATCHES THE NUMBER OF PAGES I CORRECTLY
SUBMITTED TO THE MID-ATLANTIC REGIONAL OFFICE JRM

* I ONLY SENT ONE [GRIEVANCE] PACKAGE
NOT TWO (2) AS THEY CLAIM.
CERTIFIED MAIL RECEIPT NUMBER
7018 2290 0000 1198 7362
IT SAYS THE FOLLOWING AT THE TOP
LEGAL MAIL (51) PGS

* FIFTY-ONE (51) PAGES *

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only    LEGAL MAIL (51) PGS

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Regional Director, Mid-Atlantic Regional Office, Federal Bureau of Prisons
Street and Apt. No., or PO Box No.  302 Sentinel Drive Suite 200
City, State, ZIP+4®  Annapolis Junction, MD 20701

GLENVILLE WV 26351
DEC 17 2019

Joseph R. Mays
43487-007/C-3/239U

7018 2290 0000 1198 7362

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

RECEIVED 1/13/2020 @ 1707 FROM C-3 UNIT OFFICER GRAFF JRM

30

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 8, 2020


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MID-ATLANTIC REGIONAL OFFICE

TO  : JOSEPH RANDOLPH MAYS, 43487-007
      GILMER FCI     UNT: C    QTR: C03-219U
      P.O. BOX 5000
      GLENVILLE,  WV 26351



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


    REMEDY ID     : 1002171-R1      REGIONAL APPEAL
    DATE RECEIVED : DECEMBER 26, 2019
    SUBJECT 1     : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
    SUBJECT 2     :
    INCIDENT RPT NO:

    REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                     FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                     AT THIS LEVEL.




                              REMEDY

* MID-ATLANTIC REGION ADMINISTRATIVE COORDINATOR H. WILLIAMS INTENTIONALLY SEPARATED THE

  BP-10 AND THE BP-9 PACKAGE. THEY ALSO INTENTIONALLY CHANGED THE GRIEVANCE

  NUMBER FROM 992661-R1 TO 1002171-R1 IN ORDER TO THWART MY

  EFFORTS TO EXHAUST MY GRIEVANCE.


* THE TOTAL NUMBER OF PAGES IN BOTH ENVELOPES IS 51, WHICH CORRESPONDS

  TO THE SINGLE ENVELOPE I SENT VIA CERTIFIED MAIL: 7018 2240 0000 1198 7362

  THIS PACKET/ENVELOPE HAD 25 PAGES.


* THEY ALSO PUT THE INCORRECT SUBJECT/ABSTRACT. IT SHOULD READ/SAY "DELIBERATE

  INDIFFERENCE TO MY SERIOUS MEDICAL NEEDS" AND "DELAY OF DIAGNOSIS AND

  TREATMENT OF LEFT KIDNEY AREA PAIN.

U.S. Department of Justice
Federal Bureau of Prisons
*Mid-Atlantic Regional Office*

302 Sentinel Drive, Suite 200
Annapolis Junction, MD 20701

Official Business

①

RECEIVED 1/13/2020 @ 1707 FROM
C-3 UNIT OFFICER CRAKEJM

*** BP-10 & REJECTION NOTICE PACKAGE (ONLY) ***

**TO:**

REJECTION NOTICE - ADMINISTRATIV

DATE: JANUARY 8, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
MID-ATLANTIC REGIONAL OFFICE

JOSEPH RANDOLPH MAYS, 43487-007

✪ CONTAINS 25 PAGES OUT OF ORIGINAL 51 SUBMITTED JRM
DECLARE PURSUANT TO 28 U.S.C. § 1746 1-13-2020
AT FCI GILMER, WV IN GLENVILLE, WV

✪ PAGES (REMAINING) WERE INTENTIONALLY REMOVED AND SENT IN
A SEPARATE (THIS) ENVELOPE AND WRONGFULLY ASSIGNED A NEW
GRIEVANCE NUMBER - 1001171-R1 - H. WILLIAMS ARC MRO

★ PAGES IN THAT ENVELOPE (GRIEVANCE/REJECTION PACKAGE 9926610 JRM)
ARE IN THE FOLLOWING ORDER:
PAGES 40-51 BEGINNING WITH THE BP-9 FORM;
PAGES 26-39 BEGINNING WITH PAGES 3 AND 4 OF THE ELECTRONIC
"REQUEST TO STAFF" DATED 11-10-2019. (THIS REQUEST WAS SPLIT WHICH
IS EVIDENCE THAT THIS ACTION WAS NOT THOUGHT THROUGH - MALICIOUS).

★ ALL OF THE PAGES ARE NUMBERED AS FOLLOWS: ⊕ (i.e. ①, ②, etc.) JRM
AND THE TOTAL NUMBER OF PAGES ON THE CERTIFIED MAIL RECEIPT
IS 51, WHICH MATCHES THE NUMBER OF PAGES I CORRECTLY
SUBMITTED TO THE MID-ATLANTIC REGIONAL OFFICE. JRM

★ I ONLY SENT ONE [GRIEVANCE] PACKAGE
NOT two (2) AS THEY CLAIM.
CERTIFIED MAIL RECEIPT NUMBER
7018 2290 0000 1198 7362
IT SAYS THE FOLLOWING AT THE TOP

LEGAL MAIL (51) PGS

★ FIFTY-ONE (51) PAGES ★

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To Regional Director Mid-Atlantic Regional Office Federal Bureau of Prisons
Street and Apt. No., or PO Box No. 302 Sentinel Drive Suite 200
City, State, ZIP+4® Annapolis Junction, MD 20701

7018 2290 0000 1198 7362

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

GLENVILLE WV 26351
DEC 1 2019
USPS
Joseph R. Mays
43487-007 C-3/229U

CERTIFIED MAIL RECEIPT #:
U.S. Department of Justice
7018 2290 0000 1198 7331
Federal Bureau of Prisons

**32A**    Central Office Administrative Remedy Appeal    2(4)  ①

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

66 PAGES

From: MAYS, JOSEPH R.          43487-007      C-3/219U      FCI GILMER, WV
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A - REASON FOR APPEAL     I AM APPEALING THE REJECTION OF MY GRIEVANCE BY THE MID-ATLANTIC REGION ADMINISTRATIVE REMEDY COORDINATOR H. WILLIAMS. THEY INTENTIONALLY SPLIT MY GRIEVANCE INTO TWO (2) CARTS. THEY ALSO INTENTIONALLY CHANGE THE REMEDY ID NUMBER, AGAIN, FROM 992661-R1 TO 1002171-R1. THEY MADE THE BP-9 992661-R1. THIS IS MADE IN AN EFFORT TO THWART MY EFFORTS TO EXHAUST MY GRIEVANCE. FCI GILMER, WV HEALTH SERVICES CONTINUES TO DISREGARD THE SEVERE PAIN IN MY LEFT KIDNEY AREA. THEY ARE DELIBERATELY INDIFFERENT TO MY SERIOUS MEDICAL NEEDS AND HAVE MADE NO EFFORT TO RELIEVE MY PAIN, EVEN AFTER NUMEROUS REQUESTS TO DO SO. ATTACHMENTS: COPY OF ENVELOPES (FOR BP-9 AND BP-10) W/CERTIFIED RECEIPT
2-5-2020  *NOTE: THE BP-9 AND BP-10 WERE BOTH RECEIVED ON DECEMBER 26, 2019.                RTS DATED 2-4-2020

DATE                                                SIGNATURE OF REQUESTER

Part B - RESPONSE

RECEIVED
FEB 11 2020
Administrative Remedy Section
Federal Bureau of Prisons

_____                    _____
DATE                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

Part C - RECEIPT                    CASE NUMBER: ★ 992661-A1

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____        ⊛            _____
DATE                                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13)
UPN LVN                                                                                JUNE 2002

---

**32B**    RECEIVED FROM FCI GILMER C-3 UNIT OFFICER GUAP @ 4:51 PM
★ RECEIVED WITHOUT ITS ENVELOPE ★    3-3-2020
(see declaration on Rejection Notice for 1002171-A1 dated February 21, 2020) JRM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 21, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSEPH RANDOLPH MAYS, 43487-007
      GILMER FCI    UNT: C    QTR: C03-219U
      P.O. BOX 5000
      GLENVILLE, WV 26351

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 992661-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : FEBRUARY 11, 2020
SUBJECT 1       : OTHER MEDICAL MATTERS
SUBJECT 2       :
INCIDENT RPT NO :

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL. YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 3: SEE REMARKS.

REMARKS         : ACCORDING TO SENTRY THE REGION REJECTED 992661-R1 ON
                  1-8-2020. MAKE CORRECTIONS NOTED AND RE-SUBMIT TO
                  THE REGION. GET HELP FROM UNIT TEAM.

ADMINISTRATIVE REMEDY COORDINATOR IAN CONNORS SPLIT THE BP-11 FORM IN TWO. HE SCRATCHED OUT THE 1002171-A1 THAT HE WROTE ON THE FACES OF THE BP-11 FORM (FOUR-PART) THAT SAYS "ORIGINAL: RETURN TO INMATE" AND "FIRST COPY: WASHINGTON FILE COPY" AND WROTE 992661-A1 AND CIRCLED IT. JRM

CERTIFIED MAIL RECEIPT #:
U.S. Department of Justice
7018 2290 0000 1198 7331
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: MAYS, JOSEPH R.     43487-007     C-3/219U     FCI GILMER, WV
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL** I AM APPEALING THE REJECTION OF MY GRIEVANCE BY THE MID ATLANTIC REGION ADMINISTRATIVE REMEDY COORDINATOR H. WILLIAMS. THEY INTENTIONALLY SPLIT MY GRIEVANCE INTO TWO (2) PARTS. THEY ALSO INTENTIONALLY CHANGED THE REMEDY ID NUMBER, AGAIN, FROM 992661-R1 TO 1002171-R1. THEY MADE ME OUT A 992661-R1. THEY DID THIS IN AN EFFORT TO HINDER MY EFFORTS IN EXHAUSTING MY GRIEVANCE. ...

2-5 2020 *NOTE: THE BP-9 AND BP-10 WERE DONE
DATE

SIGNATURE OF REQUESTER     RTS DATED 2-4-2020

**Part B - RESPONSE**

RECEIVED

FEB 11 2020

Administrative Remedy Section
Federal Bureau of Prisons

DATE

SECOND COPY: REGIONAL FILE COPY

GENERAL COUNSEL
CASE NUMBER: *1002171-A1

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
SUBJECT: _____

DATE     SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL     BP-231(13)
JUNE 2002
UPN IVN

---

33-B

RECEIVED FROM FCI GILMER C-3 UNIT OFFICER GUNP @ 4:51PM
★ RECEIVED WITHOUT ITS ENVELOPE ★   3-3-2020
(see declaration below)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 21, 2020

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JOSEPH RANDOLPH MAYS, 43487-007
      GILMER FCI    UNT: C    QTR: C03-219U
      P.O. BOX 5000
      GLENVILLE,  WV 26351

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1002171-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED   : FEBRUARY 11, 2020
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,    REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 3: SEE REMARKS.

REMARKS         : GET HELP FROM UNIT TEAM.

★ IAN CONNORS ALSO REMOVED PAGES 18 AND 19 FROM THE ENTIRE PACKET AND ATTACHED IT (CONTINUATION PAGES FOR BP-10 (REMEDY ID NO: 992661)) TO THIS PACKET (FOR A NON-EXISTENT 1002171 GRIEVANCE) FOR A TOTAL OF 5 PAGES (REJ. NOTICE, BP-11, BP-10, AND THE CONTINUATION PAGES)

I JOSEPH R. MAYS, DO DECLARE PURSUANT TO 28 USC § 1746 THAT THIS INFORMATION IS TRUE AND CORRECT. EXECUTED ON 3-3-2020     JOSEPH R. MAYS

ADMINISTRATIVE REMEDY COORDINATOR IAN CONNORS SPLIT MY BP-11 FORM IN TWO. HE WROTE THE WRONG REMEDY ID NUMBER ON THE BP-11 FORM EVEN DESPITE MY TELLING HIM THAT H. WILLIAMS INTENTIONALLY SPLIT THE GRIEVANCE INTO TWO PARTS AND ASSIGNED A NEW REMEDY ID NUMBER TO IT. THE REMEDY ID NUMBER IS 992661 NOT 1002171. HE TOOK THE "SECOND COPY: REGIONAL FILE COPY" AND THE "THIRD COPY: WARDENS ADMINISTRATIVE REMEDY FILE" AND ATTACHED THEM TO THIS REJECTION NOTICE. HE ALSO ATTACHED THE "SECOND..." AND "THIRD..." (COPIES) OF THE BP-10 FORM TO THIS NOTICE AS WELL.

**Attachment A**

2-10-2022
2-17-2022

1.  Plaintiff was retaliated against for filing a legitimate grievance and was prevented from exhausting his remedies. This case is on appeal for the latter.

2.  Name and location of court and case number: _____
    US District Court for the Eastern District of North Carolina
    Po Box 25670 Raleigh, NC 27611   5:18-ct-3186-FL

3.  Grounds for dismissal:   ☐ frivolous      ☐ malicious
    + ☑ failure to state a claim upon which relief may be granted
    + See 1.

4.  Approximate date of filing lawsuit: _____ 7-23-2018 _____

5.  ★ Approximate date of disposition: _____ 9-30-2020 _____
    ★ Case on appeal - 4th Circuit Court of Appeals (20-7546) October 2020
    cont'd on page 10A

## V.   ADMINISTRATIVE REMEDIES PURSUANT TO THE FTCA

A.   Did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim, with the appropriate BOP Regional Office?
     ☑ Yes         ☐ No

B.   If your answer is "YES," answer the questions below:

1.   Identify the type of written claim you filed: ADMINISTRATIVE TORT CLAIM (SF-95)

2.   Date your claim was filed: ① 3-2-2020 / ② 7-16-2020
                                   115 PAGES    39 PAGES

3.   Amount of monetary damages you requested in your claim:
     $ 10,000,000.00    / $ 10,000,000.00
        ①                   ②

4.   If you received a written Acknowledgment of receipt of your claim from the BOP, state the:

     I.    Date of the written acknowledgment: 4-16-2020/ 7-22-2020
     ii.   Claim Number assigned to your claim: ① TRT-MXR-2020-01021
                                                  ② TRT-MXR-2020-05948

C.   If your claim involves individuals who are employed by government agencies **other than the BOP**, did you file an <u>FTCA Claim Form (SF-95)</u>, or any other type of written notice of your claim with the appropriate government agencies?   ☐ Yes      ☐ No  N/A

Attachment A
2-8-2022

## G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS
(continued from page 10)

1. Parties to previous lawsuit: Richard Hudgins, Warden, et. al.
   Plaintiff contested the safety and quality of the water at
   FCI Gilmer, in Glenville, West Virginia

   Plaintiff (s): Joseph Randolph Mays
   Defendant(s): Richard Hudgins, Warden, et al.

2. Name and location of court and case number:
   US District Court for the Northern District of West Virginia
   217 West King Street
   Martinsburg, WV 25401          3:20-cv-181

3. Grounds for dismissal: Failure to state a claim upon which
   relief may be granted (Dismissed without prejudice)

4. Approximate date of filing lawsuit: September 22, 2020

5. Approximate date of disposition: August 13, 2021

10A

**Attachment A**

2 - 2 - 2022

D.    If your answer is "YES," answer the questions below:

    1.    Identify the specific government agency or agencies, including the addresses, where you filed notice of your claim:
      N/A

    2.    Identify the type of written claim(s) you filed: ___N/A___

    3.    Date your claim(s) were filed: ___N/A___

    4.    Amount of monetary damages you requested in your claim(s):
      N/A

    5.    If you received a written Acknowledgment of receipt of your claim(s), state the:

      I.    Date of the written Acknowledgment: ___N/A___

      ii.    Claim Number assigned to your claim: ___N/A___

E.    If the BOP (or other government agency that received notice of your claim) either denied your claim or offered you a settlement that you did not accept, please state whether you requested reconsideration of your claim.
    ☐ Yes    ☑ No *(Not directly, but I did file two (2) more grievances, to keep it "out of court" and try to get them to treat me*

    1.    If you answered "YES," state the:

      I.    Date you requested reconsideration: ___N/A___

      ii.    Date the agency acknowledged receipt of your request for reconsideration: ___N/A___

Attachment A

2-6-2022

## VI.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.* **You must include allegations of specific wrongful conduct as to EACH and EVERY federal employee about whom you are complaining.  Describe exactly what each federal employee did.** *Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATE CIVIL ACTION.  NO MORE THAN FIVE (5) TYPED OR TEN (10) LEGIBLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT.  (LR PL 3.4.4)**

CLAIM 1: Negligence / Deliberate Indifference to Plaintiff's serious medical needs that breached the duty of care owed to the Plaintiff and was the proximate cause of the Plaintiff's heart attack and prolonged and continuous pain and suffering due to ulcers, undiagnosed and treated stomach ailments and abdominal and kidney area pain.

Supporting Facts: 1. Dr. Anderson, PA Wilson, Jon Bremar, Jessica Houchin, Joshua Hall, Rebecca Grove, Michael Weaver and Dr. Kirby were negligent/deliberately indifferent to the Plaintiff and breached their duty, as Public Health Service employees, to effectively deliver necessary healthcare to the Plaintiff.
Continued on pages 12A - 12K

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual: E. Anderson, R. Ploud, Dr. Kirby, A. Wilson, J. Valdivieso (Lunceford), J. Houchin, J. Bremar, J. Hall, R. Grove, HSA Moore, M. Weaver - Public Health Service; R. Hudgins, J. Saad, R. Thompson, Mr. McAdams, H. Williams, A. Dunbar, R. Clem, Officer Tanner, Officer Hudnall, I. Conners, E. Dodril, John Doe, John/Jane Does - Federal Bureau of Prisons

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☑ Yes        ☐ No

If your answer is "YES," please explain: _____

_____

_____

CLAIM 2: N/A _____

_____

_____

# CLAIM 1

Attachment A
2-6-2022

2. These breaches of duty to the Plaintiff were the proximate cause of the Plaintiff's injuries, which include ongoing stomach/abdominal pain, including pain from multiple ulcers, and kidney pain, especially the left side.

3. The Plaintiff is a chronic care inmate with a history of high blood pressure, TIAs (transient ischemic attacks), an episode of syncope (momentary loss of consciousness) in September 2016 at FCI Butner II, and a heart attack in 2020.

4. EMT Jon Brenar and PA Wilson were negligent/deliberately indifferent to the Plaintiff when they prescribed 800 mg Ibuprofen (Motrin) and breached their duty of care by failing to consider the Plaintiff's current pain with 200 mg Ibuprofen in March 2018.

5. PA Wilson was negligent/deliberately indifferent to the Plaintiff, and breached her duty of care to the Plaintiff, in February 2018, when she failed to order tests to determine whether or not the Plaintiff had been suffering from food poisoning from the spoiled bologna.

6. AHSA Rebecca Grove was negligent/deliberately indifferent to the Plaintiff's serious medical needs and breached her duty to provide for his safekeeping and care when she failed to visit the Plaintiff in Room C-1/106 and actually leoral see his pain in February 2018.

7. Mr. McAdams was negligent/deliberately indifferent to the Plaintiff when he failed to exercise due care and insert the correct SENTRY code on the Plaintiff's grievance (Remedy ID Number: 936342) in April 2018.

8. As to 7., Mr. McAdams had a duty of care to the Plaintiff to provide for his safekeeping and care, which was breached when the Plaintiff's serious medical needs were downplayed (i.e. made less significant) by the incorrect subject code.

9. As to 2., EMT/Paramedic Jessica Houchin made an assessment, on <u>March 26, 2018</u>, which was <u>over</u> <u>THREE YEARS AGO</u>, that the Plaintiff may have ulcers.

10. As to 9., EMTP Houchin's assessment was confirmed on January 29, 2021, at St. Joseph's Hospital, in Buckhannon, West Virginia, when they found <u>MULTIPLE</u> pyloric ulcers in the Plaintiff's digestive tract.

12A

CLAIM 1

Attachment A
2-6-2022

11. As to 9, and 10., PA Wilson breached her duty of care to the Plaintiff to follow on EMTP Houchin's assessment and order the "specialized test(s)" (EGD (Camera in stomach) that _she_ stated, in May 2018, was/were necessary to determine if the Plaintiff had ulcers.

12. As to 3., Warden Saad breached her duty of care to the Plaintiff to investigate why PA Wilson, and EMT Jon Bremar and Jessica Houchin refused to check the Plaintiff's blood pressure despite the fact that the Plaintiff was a chronic care patient for hypertension and was fed bologna (high sodium content) on a regular basis during the lockdown.

13. Warden Saad was negligent/deliberately indifferent to the Plaintiff because she failed to address the abdominal issues (to include the Plaintiff's stomach), breaching her duty of care to the Plaintiff.

14. As to 9., Warden Saad, was negligent/deliberately indifferent, along with Angela Dunbar, Ian Connors, Regional Director, when they failed to request that PA Wilson and/or Dr. Anderson order tests immediately to confirm/support EMT Houchin's assessment of ulcers for the Plaintiff.

15. As to 10., PA Wilson's failure to act is the proximate cause for the Plaintiff's pain due to ulcers.

16. Warden Saad, Warden Hudgins, Associate Warden R. Thompson, AHSA Rebecca Grove, Nurse/HSA Michael Weaver, Dr. Plaud, Dr. Kirby, Dr. Anderson, and PA Alicia Wilson were negligent/deliberately indifferent to the Plaintiff because they breached their duty of care to the Plaintiff to determine the cause of the decrease in his white blood cell (WBC) count that occurred and continued after his arrival at FCI Gilmer, WV.

17. As to 16., white blood cells are a key part of the body's immune system and a significant reduction in their quantity can detrimentally affect the Plaintiff's health and, if low enough, lead to death.

12B

CLAIM 1                                                  Attachment A
                                                        2-6-2022

18. Dr. Anderson, Angela Dunbar, Ian Connors, PA Wilson, Warden Hudgins, HSA Moore, EMT Houchin and EMT Jon Bremar breached their duty of care to the Plaintiff as to subsistence and care when they were negligent and deliberately indifferent and failed, as far back as April 2018, to prescribe a medical diet to accommodate the instructions given by Health Services, the FBOP, and the GI specialist's recommendations on September 17, 2019.

19. As to 18., the Plaintiff cannot provide for his own food and MUST rely on these officials who have a duty of care to authorize Food Service to prepare the medical meal/diet for the Plaintiff to alleviate his symptoms, and to allow him to comply with portion control.

20. As to 18. and 19., these officials, due to their failure to act are the proximate cause of the continued pain and suffering endured by the Plaintiff as a result of the current food selections exacerbating the Plaintiff's stomach and abdominal pain by irritating the ulcers and not allowing them to heal.

21. As to 20., IBS (Irritable Bowel Syndrome) is a chronic disorder characterized by abdominal pain.

22. Correctional Officers Tanner and Hudnall breached their duty of care to the Plaintiff when they, negligently, failed to exercise due care by not following the GI specialist's instructions to take the Plaintiff to the lab to have blood drawn at the Charleston Gastroenterology Clinic, on September 17, 2019, thereby denying him access to medical care (Assessment Plan, Section 1. (Page 2 of 3)).

23. Officers Tanner and Hudnall do not have discretion to interfere with the Plaintiff's medical treatments and/or diagnostic testing and denied him the opportunity to obtain and learn about information necessary to make a definitive diagnosis and a subsequent treatment plan.

24. As to 23., Officers Tanner and Hudnall are not trained medical professionals and may not interfere with his medical treatment.

12C

CLAIM 1

Attachment A
2-6-2022

25. As to 22., Dr. Anderson and PA Wilson were negligent/deliberately indifferent to the Plaintiff and breached their duty to him because they failed to order the tests until THIRTEEN MONTHS later, leaving the Plaintiff's condition undiagnosed and allowing him to continue to suffer in pain needlessly due to the lengthy delays and failure to follow up with the Plaintiff.

26. EMT Bremar and Houchin, PA Wilson, and Dr. Anderson breached their duty of care to the Plaintiff when they failed to exercise due care and call 9-1-1 for him after he experienced severe chest pains, not once, but twice, AFTER taking the fiber tablets, as recommended by the GI specialist on September 17, 2019, on TWO separate occasions.

27. As to 26., the Patient Instructions (Page 3 9/17/2019 09:26:43) ask the Plaintiff to call 9-1-1, if he experiences chest pain.

28. As to 26. and 27., the Plaintiff MUST rely on these Public Health Service employees to provide for his medical care, including access to adequate advanced medical care in the community.

29. Dr. Anderson and PA Alicia Wilson were negligent/deliberately indifferent to the Plaintiff when they refused to fill the GI Specialist's (Charleston Gastroenterology Clinic) prescriptions for Bentyl 20mg (#1817982995) that were written out on September 17, 2019 and again on June 17, 2021, despite MULTIPLE complaints of pain in the Plaintiff's stomach/abdominal area, thereby breaching their duty of care to the Plaintiff.

30. As to 29., in 2020, the Plaintiff began experiencing, and continues to experience, moderate and sometimes severe (6-8) pain in his abdominal area after he defecates, but has received no follow-up on this symptom at FCI Gilmer, WV, FCI II Victorville, CA, or USP Lompoc, CA.

31. As to 25., Dr. Anderson and PA Wilson were grossly negligent/deliberately indifferent to the Plaintiff when, despite high reading (titers) on the lab results, which stated that it was, "indicative of a more

12D

CLAIM 1

Attachment A
2-6-2022

31. (cont'd...) aggressive disease.", are the proximate cause of my stomach/ intestinal injury as a result of their failure to treat the disease(s).

32. As to 31., the Plaintiff went to St. Joseph's Hospital, in Buckhannon, West Virginia, on January 29, 2021, where they found MULTIPLE pyloric ulcers in the Plaintiff's digestive tract.

33. As to 32., Dr. Anderson, PA Wilson, and Dr. McCoy, despite multiple subsequent sick call requests about the Plaintiff's stomach/abdominal pain, refused to expedite the Plaintiff's consult for a follow-up EGD (camera in stomach) after June 17, 2021.

34. Warden Hudgins, Associate Warden R. Thompson, Dr. Anderson, PA Wilson, HSA/ Nurse Weaver, EMTs Houchin and Brenar, HSA Moore, AHSA Rebecca Grove, and Nurse Valdiviess (Lunceford) were negligent/ deliberately indifferent to the Plaintiff, as to his ongoing left kidney area pain, and breached their duty of care to him when they refused to order a renal ultrasound or a subsequent CT Scan to determine if the Plaintiff's cyst has grown in size, was actually benign, and/or if the cyst had/has caused internal damage to his kidney due to the size and growth of the cyst.

35. As to 34., the initial CT Scan was performed on September 18, 2018, and the officials above failed to exercise due care to consider the fact that the cyst was almost TWO INCHES in diameter (4.9cm/1.6 inches), which is slightly smaller than the Master Lock (diameter approximately 1.75 inches) on the Plaintiff's locker.

36. As to 35., the Plaintiff has submitted numerous unaddressed complaints of pain since that time.

37. EMT Houchin, PA Wilson, Dr. Anderson, and AHSA Rebecca Grove were negligent/ deliberately indifferent and breached their duty of care to the Plaintiff, in August 2019 and afterwards, when they failed to perform (a) follow-up test(s) (urinalysis/urine dip stick test) for ketones, which are byproducts of the break-down of fats in the body, which can lead to death, if left untreated.

12E

CLAIM 1                                                    Attachment A
                                                          2-6-2022

38. As to 37., Dr. Anderson and PA Wilson were negligent/deliberately indifferent to the Plaintiff and breached their duty of care to him when they failed/refused to refer the Plaintiff to a nephrologist or urologist to determine the cause of the ongoing kidney pain.

39. As to 37. and 38., the Plaintiff's lab results have shown an increase in the amount of protein in his urine on multiple occasions since October 12, 2018, where a value of 47 was noted. (microlbumin)

40. As to 39. Nurse Valdiviero, performed a Urine Dipstick on/for the Plaintiff on January 10, 2020, and was negligent/deliberately indifferent to him because she breached her duty of care to inform him of the "1st" Protein reading, which was/is indicative of kidney disease/damage, especially in light of the fact that he was suffering in <u>severe pain</u> at that time.

41. EMT Hardin, PA Wilson, Dr. Anderson, and AHSA Rebecca Grove were negligent/deliberately indifferent when they breached their duty of care to the Plaintiff and failed to exercise due care when they failed to investigate the cause of the pain that the Plaintiff experienced after urination that started around June 2019.

42. As to 41., the Plaintiff had an abnormal urinalysis at Stonewall Jackson Memorial Hospital on April 17, 2020 that was flagged "Rare" and contained bacteria, which has not been explained, or followed up on with the Plaintiff, thereby breaching the duty of care owed to the Plaintiff to provide him with adequate medical care.

43. As to 42., a fellow inmate, on July 16, 2020, had <u>the same result</u> on <u>his</u> lab report at the same hospital and they had failed to follow up with him, too.

44. PA Wilson and HSA Moore were negligent/deliberately indifferent and breached their duty of care to the Plaintiff when they interfered with his right to inform them of his medical issues, beginning as far back as March 2018 and treated him as a nuisance and not a patient.

12F

CLAIM 1

Attachment A
2-8-2022

45. As to 44., PA Wilson and HSA Moore breached their duty of care to provide for the Plaintiff's safekeeping and care when they failed to act on information in the electronic "Requests to Staff", which gave Health Services staff detailed information on the Plaintiff's medical issues.

46. As to 45., PA Wilson, Dr. Anderson, AHSA Grove, and possibly others, were negligent/deliberately indifferent to the Plaintiff and breached their duty of care to him, when they repeatedly told him, "We can no longer assist you from this inbox" and to file an [other] Administrative Remedy.

47. As to 46., it should be noted that the Plaintiff has already filed THREE (3) grievances with no adequate results (i.e. the Plaintiff continues to suffer with stomach/abdominal and kidney pain, blue hands and feet (cyanosis), and ulcers).

48. As to 7. and 8., Warden Saad, Acting Warden R. Thompson, Warden Hudgins, Angela Dunbar, and Ian Connors have a duty of care to the Plaintiff, as it applies to the provision for his safekeeping and care, to ensure that the Administrative Remedy Program is not operated in a capricious and retaliatory manner and that the SENTRY entries are accurately maintained by the Administrative Remedy Coordinator and/or Clerk for Remedy ID Numbers 936342, 986154, and 992661.

49. As to 7. and 8., Warden Saad, Acting Warden R. Thompson, Warden Hudgins, Angela Dunbar, and Ian Connors were negligent/deliberately indifferent to the Plaintiff when they failed to exercise due care to ensure that, prior to signing their responses to the Plaintiff's grievance, that the subject code(s) match/matched the subjects written on the BP-9s for Remedy ID Numbers 936342-F1, 986154-F1, and 992661-F1.

50. Warden Hudgins, HSA Moore, Dr. Anderson, PA Wilson, EMTs Jon Brenar, and Jessica Houchin, and Nurse Weaver were grossly negligent/deliberately indifferent to the Plaintiff when they failed to prioritize and follow up on the Plaintiff's complaints of "blue hands" (cyanosis) and severe chest pains on multiple occasions in August, September, October, and November 2019, which culminated with a heart attack in April 2020.

12G

# CLAIM 1

Attachment A
2-8-2022

51. As to 50., PA Wilson and EMT Jon Bremar were grossly negligent/ deliberately indifferent when they determined the Plaintiff did not need to be seen by a cardiologist (heart doctor), thereby breaching their duty of care to provide for the safekeeping and care of the Plaintiff.

52. Nurse Weaver and EMT Bremar were negligent/ deliberately indifferent to the Plaintiff and breached their duty of care to him, at 1125AM on January 28, 2020, when they took his cellie's (Charles Gary) temperature, but refused to take his temperature when he told Nurse Weaver that he had been coughing, too.

53. As to 52., Nurse Weaver failed to exercise due care to provide for the Plaintiff's safekeeping and care when he stated, "You're getting free health care" and walked away.

54. As to 52., the Plaintiff's cellie had been coughing up phlegm all day long for the past few days.

55. As to 52., prior to this, from approximately 1050AM to 1053AM, C-Unit Manager R. Clem and Associate Wardens Messer and R. Thompson were negligent/ deliberately indifferent to the Plaintiff when they walked through the unit (C-3 Unit), but failed to ask the Plaintiff (C-3/219) how he or his fellow inmates were doing.

56. As to 52. and 55., they breached their duty of care to the Plaintiff to learn how he was feeling in order to be able to properly provide for his safekeeping and care.

57. As to 52. and 55., it is important to note that the institution went on lockdown for CoVID-19 on March 31, 2020 and the Plaintiff had a heart attack on April 17, 2020.

58. As to 47., 49., and 50., Ian Connors was negligent/ deliberately indifferent to the Plaintiff when they breached their duty of care to the Plaintiff to respond within a reasonable amount of time and urgency when he failed to heed the Plaintiff's pleas, in the BP-11, dated November 24, 2019, about chest pains, blue hands and feet (cyanosis), and right bundle branch block, which makes it harder for the heart to pump blood efficiently.

12H

# CLAIM 1

59. As to 58., the response for the resubmission of the BP-11, which was received on February 14, 2020, was due on April 14, 2020 and delayed the Plaintiff's access to health care even longer and was a proximate cause of the Plaintiff's heart attack.

60. As to 58. and 59., the Plaintiff had a heart attack on April 17, 2020 - THREE DAYS LATER!!!

61. H. Williams and Ian Connors were grossly negligent/deliberately indifferent to the Plaintiff when they maliciously split the Plaintiff's [one] grievance (Remedy Number 992661) into two separate grievances (Remedy Number 992661 and 1002171) and failed to hold H. Williams accountable, respectively, thereby breaching their duty of care to provide for the Plaintiff's safekeeping and care.

62. As to 61., this breach of duty was a proximate cause of the Plaintiff's heart attack because H. Williams and Ian Connors failed to exercise due care to address the serious medical issues that the Plaintiff complained of in this and TWO PREVIOUS grievances (Remedy ID Numbers 936342 and 986154).

63. As to 48., 49., 50., 52., 53., 55., 56., 57., and 62., all of the preceding officials DO NOT have discretion (a choice) to ignore obvious information (verbal, written, or physical) about a condition that a lay person would determine to be sufficiently serious to warrant a physician's attention.

64. Unit Manager R. Clem was negligent/deliberately indifferent to the Plaintiff's serious medical needs and breached his duty of care to provide for his safekeeping and care when he refused to authorize the purchase of stamps, by the Plaintiff, to mail out his grievance (Remedy ID Number 992661-R1).

65. Dr. Anderson, PA Wilson, EMTs Houchin and Bremar, and Nurse Weaver were negligent/deliberately indifferent to the Plaintiff and breached their duty of care to him when they failed to determine and/or be aware that the regular pulse oximetry device, which detects oxygen saturation in your finger, does not detect methemogi

CLAIM 1

Attachment A
2-8-2022

66. Warden Hudgins, Associate Warden R. Thompson, A-Unit Manager E. Dodril, and C-Unit Manager R. Clem, on March 31, 2020, were negligent/deliberately indifferent to the Plaintiff and breached their duty of care to him by refusing to look at/acknowledge that the Plaintiff's hands were blue in color (cyanotic) and (R. Thompson) laughing about the Plaintiff's request despite Warden Hudgins' direct knowledge of the Plaintiff's complaints as far back as November 2019.

67. PA Wilson was grossly negligent/deliberately indifferent to the Plaintiff's safekeeping and care, on April 16, 2020, when she responded to an electronic "Request to Staff," from the Plaintiff about his serious medical issues, by asking him to submit a paper copout ("Request to Staff"), which can be thrown away or "lost" in transit, if he had an ACUTE issue.

68. As to 67., the Plaintiff had a heart attack the next day - April 17, 2020 - thereby breaching her duty of care to the Plaintiff to provide for his safekeeping and care in a timely manner. See 66. above

69. Dr. Anderson, Warden Hudgins, Associate Warden R. Thompson, HSA Moore, PA Wilson, and Unit Manager R. Clem were grossly negligent/deliberately indifferent to the Plaintiff and his family (his sister) and breached their duty to the Plaintiff and his family when they failed to act/refused to notify his sister that he had a heart attack.

70. As to 69., the officials have a duty of care to the Plaintiff to notify his family (next of kin) of his serious illness - heart attack - promptly.

71. As to 69. and 70., the Plaintiff's sister stated that she was not notified that the Plaintiff had a heart attack.

72. HSA Moore, EMT Brenar, and Dr. Anderson were negligent/deliberately indifferent and malicious to the Plaintiff when they lost his property (failed to return it to him), which included his comb to groom himself, a rosary to practice/show his faith, and his ID card, after he returned to the compound, after he left the outside hospital (WVU United Hospital Center), on April 19, 2020.

12J

CLAIM 1

73. As to 72., NONE of these officials made any attempt to obtain, at a minimum, an ID card for the Plaintiff, which breaches their duty of care to provide for the Plaintiff's safekeeping, care, and subsistence.

74. Dr. Anderson, PA Wilson, and Dr. McCoy were grossly negligent / deliberately indifferent to the Plaintiff when they failed to inform the Plaintiff that he had been diagnosed with myocarditis and mitral valve regurgitation, thereby breaching their duty of care to follow up with the plaintiff and keep him informed about his serious medical conditions.

75. As to 74., myocarditis is the inflammation of the inner wall of the heart muscle and mitral (heart) valve regurgitation is the [abnormal] backwards flow of blood into the upper chamber of the left side of the heart.

76. As to 74. and 75., Warden Hodgins, Associate Warden R. Thompson, HSA Moore, ASHA Rebecca Grove, Dr. Anderson, Dr. McCoy, and PA Wilson were grossly negligent / deliberately indifferent to the Plaintiff because they breached their duty of duty of care by failing to act / follow up with a cardiologist to determine the current condition of the Plaintiff's heart and circulatory system.

77. As to 74., 75., and 76., the Clinical Director, during outside hospitalization of an inmate, will document on the SF-600 contact with the attending physician to ensure that he/she remains fully informed of the patient's condition.

78. As to 77., the Clinical Director (Dr. Anderson) will review, initial, and date all outside hospital and operative reports.

79. Urgent Care services (injuries, chest pain, asthma attacks) will be available [to the Plaintiff] at all times, either through on-site providers or community emergency services.

12K

**Attachment A**
2-6-2022

Supporting Facts: N/A _____

_____

_____

_____

     Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

N/A _____

_____

_____

     With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☑ Yes   ☐ No N/A

     If your answer is "YES," please explain: N/A _____

_____

_____

_____

CLAIM 3: N/A _____

_____

_____

Supporting Facts: N/A _____

_____

_____

_____

     Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

N/A _____

_____

_____

     With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?   ☐ Yes   ☐ No N/A

---

**Attachment A**

2-2-2022

If your answer is "YES," please explain: N/A
_____
_____
_____

CLAIM 4: N/A _____
_____
_____

Supporting Facts: N/A _____
_____
_____


Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:
N/A _____
_____
_____


With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No  N/A

If your answer is "YES," please explain: N/A
_____
_____
_____
_____

CLAIM 5: N/A _____
_____
_____

Supporting Facts: N/A _____
_____
_____

Identify each federal employee whose actions form a basis for this claim, and state the name of the federal agency that employs each such individual:

N/A

With respect to each employee you have named above, state whether this individual was acting within the scope of his or her official duties at the time these claims occurred?      □ Yes      □ No N/A

If your answer is "YES," please explain: N/A

## VII. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured or your property damaged and the exact nature of your damages. The Plaintiff has suffered from severe stomach/abdominal and kidney pain since February 2018. The Plaintiff was told that he may have ulcers on March 26, 2018, but it wasn't confirmed until January 29 2021 at St. Joseph's Hospital in Buckhannon, WV, where they found MULTIPLE pyloric ulcers. No follow-up EGD has been done and the Plaintiff continues to suffer in pain. The Plaintiff suffered severe chest pains [and cyanosis] in 2019, after taking fiber pills as recommended by the GI specialist, which went unresolved, and resulted in a heart attack due to the failure of prison staff to send him to the hospital or cardiologist.

## VIII. RELIEF
* Also have ongoing kidney pain - possible cause large cyst (4.3cm/1.64") dia.

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

A. Declare that the acts and omissions herein violated the laws of the United States;

B. Award actual and compensatory damages to the Plaintiff for injury and pain and suffering;

C. Order Defendant to pay reasonable attorney fees and costs;

D. Order Defendant to provide immediate medical treatment to the Plaintiff;

E. Grant declaratory and other just and equitable relief that this Honorable Court deems necessary, including criminal prosecution for willful violation of the Plaintiff's civil rights and obstruction of justice.

**Attachment A**

2-16-2022

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___USP Lompoc in Lompoc, CA___ on ___2-16-2022___.

            (Location)                                 (Date)

_____

Your Signature

---

*United States District Court*        *16*        *Northern District of West Virginia-2013*

Attachment E
2-17-2022

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

JOSEPH RANDOLPH MAYS

MAR 0 1 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG WV 25401

*Your full name*

v.                                                    Civil Action No.: ___5:22-CV-36___

UNITED STATES OF AMERICA

### Certificate of Service

I, JOSEPH RANDOLPH MAYS (your name here), appearing *pro se*, hereby certify that

I have served the foregoing FTCA Complaint (title of document being sent)

upon the defendant by depositing true copies of the same in the United States mail,

postage prepaid, upon the following counsel of record for the defendant on

February 18, 2022 (insert date here):

(List name and address of counsel for the defendant)

US Attorney's Office
PO Box 591
1125 Chapline Street
Suite 3000
Wheeling, WV 26003

(sign your name)

---

*United States District Court*          25          *Northern District of West Virginia-2013*